UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**ROBERT C. BROWN, III**
**and JANET M. BROWN,**

    Plaintiffs,

v.                                    Case No.: 0:21cv61349

**AIG PROPERTY CASUALTY**
**COMPANY,**

    **Defendant.**
_____/

## COMPLAINT

Plaintiffs, ROBERT C. BROWN, III and JANET M. BROWN ("Plaintiffs") by through the undersigned counsel, file this Complaint and hereby sue Defendant, AIG PROPERTY CASUALTY COMPANY ("AIG") and state the following:

### Jurisdictional Basis and Venue

1. Through this action, Plaintiffs seek relief in connection with an insurance claim.

2. The Court has diversity jurisdiction over this case and controversy pursuant to 28 U.S.C. Section 1332.

3. Plaintiffs' property is located at 6900 NW 87th Avenue, Parkland, Broward County, Florida 33067.

4. At all times material hereto, Defendant is and was an Illinois corporation engaged in the business of insurance with a statutory home and administrative office located at 500 West Madison Street, Suite 3000, Chicago, IL 60661, and a principal address of 175 Water Street, New York, NY 10038.

5. Venue is proper with this Court because (1) a substantial part of the events give rise to the action occurred in Broward County, Florida, and (2) the damaged property at issue is located in Broward County, Florida.

6. This is an action in which the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of pre-judgment interest, court costs and attorneys' fees.

7. On or about February 4, 2020, an air conditioning leak caused physical damages resulting in a loss to the subject property located at 6900 NW 87th Avenue, Parkland, Florida 33067, which is covered under the insurance policy issued by Defendant. A copy of the policy documents in Plaintiffs' possession are attached as **Exhibit "A"** (the "Policy").

8. The subject insurance policy number PCG 0002403912 was in full force and effect from April 12, 2019, through April 12, 2020.

9. The loss was timely reported to Defendant and Defendant assigned claim number 80116815.

10. Defendant inspected the loss and accepted coverage for the loss.

11. Defendant failed to pay for all the damages pursuant to the Policy. The coverage determination letter dated May 13, 2020, is attached as **Exhibit "B".**

12. Plaintiffs dispute the sufficiency of AIG'S tendering of payments, as the damages far exceed the payments.

13. Defendant disagrees with Plaintiffs regarding the amount of loss to the insured premises caused by the air conditioning leak.

14. Defendant has failed to pay the full amount owed to Plaintiffs under the Policy.

15. Plaintiffs have complied with all conditions precedent to the filing of this action, and/or Defendant has waived them. Specifically, Plaintiffs complied with the post-loss

obligations by submitting requested documents, allowing for multiple inspections of the insured premises, or Defendant has waived any compliance with any post-loss obligations.

16. Plaintiffs are entitled to payment from Defendant for attorney's fees pursuant to sections 627.428 and 626.9373 of the Florida Statutes, legal assistant fees pursuant to Section 57.104 of the Florida Statutes, and attorney's costs, including expert fees, pursuant to Section 57.041 of the Florida Statutes.

## COUNT II
## BREACH OF CONTRACT

17. Plaintiffs reincorporate paragraphs 1 through 16 as if fully set forth herein.

18. Defendant has accepted coverage and paid a payment in connection with this loss, but has failed to pay the full amount owed to Plaintiffs.

19. The claim and damages exceed the prior inadequate payments.

20. Defendant has breached the Policy by failing to pay all insurance proceeds for the covered damages suffered by the Plaintiffs.

21. As a result of Defendant's failure to comply with the Policy, Plaintiffs have been forced to retain the undersigned attorneys and is obligated to pay a reasonable fee for their services.

22. As a result of Defendant's breach of the Policy, Plaintiffs are entitled to payment from Defendant for attorney's fees pursuant to Section 627.428 and 626.9373 of the Florida Statutes, legal assistant fees pursuant to Section 57.104 of the Florida Statutes, and attorney's costs, including expert fees, pursuant to Section 57.041 of the Florida Statutes.

WHEREFORE, Plaintiffs, ROBERT C. BROWN, III and JANET M. BROWN, request the entry of a final judgment against Defendant, AIG PROPERTY CASUALTY COMPANY,

wherein the Plaintiffs are awarded compensatory damages, consequential damages, attorney's fees, costs, interest, and other such relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all issues so triable as a matter of right.

DATED this 30th day of June, 2021.

/s/Nicole C. Vinson
Nicole C. Vinson, Esquire
Florida Bar No.: 34953
Stockham Law Group, P.A.
109 S. Edison Ave.
Tampa, Florida 33606
Telephone: (813) 867-4455
Facsimile: (813) 867-4454
Attorney for Plaintiffs
nvinson@stockhamlawgroup.com
tvarn@stockhamlawgroup.com