

AIG Private Client Group

<u>AIG Property Casualty Company</u>
(Name of issuing company)

Renewal                    Effective: 04/12/2019

# Florida Homeowners Declarations Page

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page and any attached Endorsements, for a description of your coverage.

**Policy Number:**
PCG  0002403912

**Name of Insured and Mailing Address:**

Robert C Brown
6900 NW 87th Ave
Parkland, FL 33067

**Policy Period:** 04/12/2019 - 04/12/2020
At <u>12:01 A.M.</u> standard time at your mailing address shown below

**Agency Name, Address, Phone # & Code:**

Affluent Ins Program-Boca
500 W. Brown Deer Road
Suite 101
Milwaukee, WI 53217

(877) 275-2335  -  0053623

## YOU WILL BE BILLED SEPARATELY FOR ANY PREMIUM DUE.

The kind of losses that are covered and any special limits or deductibles that apply, are explained in detail in your Policy.

**Summary of Coverage by Location:**

### 6900 NW 87th Ave, Parkland, FL 33067

| COVERAGE | PAYMENT BASIS | COVERAGE LIMIT |
|---|---|---|
| Dwelling | Extended Rebuilding Cost | $2,722,700 |
| Other Permanent Structures | Extended Rebuilding Cost | $199,141 |
| Contents | Replacement Cost | $1,327,610 |
| Additional Living Expense | | $816,810 |
| Liability | | $500,000 |
| Medical Payments | | $10,000 |
| Rebuilding to Code (Law and Ordinance - 30%) | | $816,810 |
| FL Emergency Management and Preparedness Surcharge | | $2.00 |

Location Premium: $9,831.00

**EXHIBIT "A"**



AIG Private Client Group

**AIG Property Casualty Company**
(Name of issuing company)

# Homeowners Location Extension Schedule Page

**Summary of Coverage by Location for Policy:** PCG  0002403912

**Deductible Applied to This Location:**
**Standard (All Other Perils):** $5,000

**Hurricane Deductible:** $54,454  ( 2% of House coverage )

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

**Inflation Guard – The amount of coverage of the house, contents and other permanent structures for the above location will be increased annually by 6.10% applied pro rata during the Policy Period.**

**Forms and Endorsements Attached for Location:**

PCHO-DEC-FLHUR (11/10), PCHO-FL (11/10), PCHO-FLHD (06/05), PCHO-FL-LO NOT (10/05)
PCG-CL NO (06/06), PCHO-DWLL (09/06), PCG-OFAC (10/13), PCHO-CHECKLIST-FL (07/10)
PCHO-FRDSG (09/06), PCHO-IEF (12/05), PCG-PRIVNOT (07/16), PCHO-LONOA-FL (06/17)
PCHO-FLOODNOT (09/06), PCHO-HDNOT (06/05), PCHO-HPD (06/05), PCHO-LMDSC (02/10)
PCHO-MVI-FL (01/12), PCHO-RPN-FL (01/09), PCHO-SHC-FL (11/10), PCHO-EB (09/06)
91222 PCG (09/16)

| **First Mortgagee** | Loan #:3010023541<br>JP Morgan Chase Bank NA<br>Its Successors And/Or Assigns<br>(ISAOA) And/Or ATIMA<br>PO Box 100564<br>Florence,SC,29502,US | **Second Mortgagee** | Loan #:68218009048099<br>Bank of America, NA<br>PO BOX 961291<br>Fort Worth,TX,76161,US |
|---|---|---|---|

---

5151 Godfrey Road        Pompano Beach FL 33067

| COVERAGE | COVERAGE LIMIT |
|---|---|
| Liability | $500,000.00 |
| Medical Payments | $10,000.00 |

---

6600 E Tropical Way        Plantation FL 33317

| COVERAGE | COVERAGE LIMIT |
|---|---|
| Liability | $500,000.00 |
| Medical Payments | $10,000.00 |

---

PCHO-DEC-FLHUR (11/10)



**AIG Private Client Group**

AIG Property Casualty Company
(Name of issuing company)

# Homeowners Location Extension Schedule Page

**Summary of Coverage by Location for Policy:** PCG  0002403912

2724 Main Street        Barnstable MA 02630

| COVERAGE | COVERAGE LIMIT |
|----------|----------------|
| Liability | $500,000.00 |
| Medical Payments | $10,000.00 |

**Total Premium:  $9,831.00**

Authorized Agent's Signature: _____



AIG Private Client Group

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG).  The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy.  You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

91222 PCG (9/16)    © American International Group, Inc. All rights reserved.    Page 1 of 1

 AIG Private Client Group

# HOMEOWNERS COVERAGE

## QUICK REFERENCE

**Declarations Page**

**Your Name and Address**
**Transaction**
**Policy Period**
**Coverage Limits**
**Premium**
**Forms**

Coverage is provided by the American International Group, Inc., member company named on the Declarations Page. Each is a stock company.

| Policy Provisions | Beginning on Page |
|---|---|
| **PART I - Definitions** | **1** |
| **PART II - Property** | **2** |
|     A. Insuring Agreement | |
|     B.  Payment of a Loss | |
|     C. Additional Coverages | |
|     D. Exclusions | |
| **PART III - Liability** | **9** |
|     A. Insuring Agreement | |
|     B.  Payment of a Loss | |
|     C. Defense Coverage and Claim Expense | |
|     D. Additional Coverages | |
|     E.  Exclusions | |
| **PART IV - Conditions** | **12** |

The Contract together with the Declarations Page and Endorsements, if any, complete the policy.

THIS POLICY IS NOT COMPLETED WITHOUT A DECLARATIONS PAGE

**HOMEOWNERS COVERAGE - POLICY PROVISIONS**

The insurance company named on your Declarations Page will provide the insurance described in this policy. You agree to pay the premium and comply with your responsibilities described in this policy.

Various provisions in this policy restrict or exclude coverage. Read the entire policy carefully to determine your rights and duties, and what is and is not covered. We have no duty to provide coverage unless there has been full compliance with policy PART IV - CONDITIONS.

---

**PART I - DEFINITIONS**

Words with special meanings are defined here or in the part of the policy where they are used. Throughout the policy, defined terms will be bolded when used.

In this policy, the words "you", "your" and "yours" refer to the person or persons named on the Declarations Page and his or her spouse who lives in the same household. The words "we", "us", "our" and "ours" mean the insurance company named on the Declarations Page.

As used herein, a Declarations Page includes any schedule that supplements it.

Also, in this policy the words:

**Aircraft** means any contrivance used or designed for flight, except model or hobby craft not used or designed to carry people or cargo.

**Bodily Injury** means bodily harm, including resulting sickness or disease, required care, loss of services or death.

**Business** means a part-time or full-time trade, occupation or profession, including farming or ranching, other than **incidental business**.

**Contents** means personal property owned by, or in the possession of, you or a **family member**.

For any **residence** listed on the Declarations Page that is a condominium or cooperative, or rental unit, **contents** includes additions, alterations, items of real property, installations or fixtures that you paid for or acquired at your expense along with the **residence**. The property must be your insurance responsibility under the governing rules of the Condominium or Cooperative Association.

**Damages** means the sum required to satisfy any claim, covered by this policy, whether settled and agreed to in writing by us or resolved by judicial review.

**Family Member** means a person related to you by blood, marriage or adoption that lives in your household including a ward or foster child.

**Fungi** means any type or form of fungus, including but not limited to all forms of mold or mildew, and any mycotoxins, spores, scents, vapors, gas or substance, including any by-products, produced or released by **fungi**.

**House** means the owned one, two, three or four family dwelling at which you reside at, intend to reside at, or any location named on the Declarations Page that is not a condominium or a cooperative.

**Hurricane** means a storm system that has been declared to be a **hurricane** by the National Hurricane Center of the National Weather Service which:

**a.** Begins at the time a **hurricane** watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;

**b.** Continues for the period of time during which the **hurricane** conditions exist anywhere in Florida; and

**c.** Ends 72 hours following the termination of the last **hurricane** watch or **hurricane** warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**Catastrophic ground cover collapse** means geological activity that results in all of the following:

**a.** **The abrupt collapse of the ground cover;**

**b.** **A depression in the ground cover clearly visible to the naked eye;**

**c.** **Structural damage, other than settling or cracking, of a building or structure insured under this policy, including the foundation; and**

**d.** **The building or structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that building or structure.**

**Incidental Business** means a **business** activity that does not produce gross revenues in excess of $10,000 in any year, has no employees subject to workers' compensation or other similar disability laws, and conforms to federal, state and local laws. **Incidental business** includes the **business** of farming provided that it does not involve employment of others for more than 1,250 hours of farm work during the Policy Period, and does not produce more than $25,000 in gross annual revenues from the raising or care of animals or agriculture. **Incidental business** includes **residences** listed on the Declarations Page that you own and rent to others.

**Insured person** means:

**a.** You or a **family member**;

**b.** An Additional Insured named in the policy;

**c.** Any person given permission by you or a **family member** to use a vehicle or **watercraft** covered under this policy with respect to their legal responsibility arising out of its use; or

**d.** A **spouse**. A **spouse** is a marriage partner.

**Landscaping** means your trees, lawn, shrubs, and other plants, not including forestry or brush, on the grounds of your **residence**.

**Medical Expenses** means reasonable charges for medical, dental, hospital, surgical, X-ray, prosthetic devices, professional nursing, ambulance, and funeral services.

**Occurrence** means:

**a.** A loss or an accident, to which this insurance applies, including continuous or repeated exposure to substantially the same general harmful conditions, which occurs during the Policy Period and results in **personal injury** or **property damage;** or

**b.** An offense, to which this insurance applies, including a series of related offenses, committed during the Policy Period that results in **personal injury** or **property damage**.

**Other Permanent Structures** means outdoor structures you own that are situated on the grounds of your **residence**.

**Personal Injury**  means the following injuries, or resulting death:

**a.** **Bodily injury**;

**b.** Wrongful detention, false imprisonment or false arrest;

**c.** Shock, emotional distress, mental injury;

**d.** Invasion of privacy;

**e.** Defamation, libel or slander;

**f.** Malicious prosecution;

**g.** Wrongful entry or eviction; or

**h.** Assault and battery when committed with the intent of protecting persons.

**Property Damage** means physical injury to, destruction of, or loss of use of tangible property and the resulting loss of its use.

**Reconstruction Cost** means the lesser of the amount at the time of the loss required to:

**a.** Restore or repair a structure; or

**b.** Replace or rebuild a structure at the same location;

with materials of like kind and quality, whether or not repaired or replaced. **Reconstruction cost** does not include deduction for depreciation or any amount required for the excavation, replacement or stabilization of land under or around a structure.

**Recreational Motor Vehicle** means:

**a.** A motorized land vehicle designed for use off public roads and not subject to motor vehicle registration or operator licensing;

**b.** A motorized land vehicle in dead storage at

your **residence**; or

**c.** A motorized land vehicle used solely on and to service a location shown on the Declarations Page.

**Residence** means any of the following which is listed on the Declarations Page:

**a.** Any **house**, **other permanent structures** and grounds that you own;

**b.** Any condominium unit, cooperative, or apartment that you own or reside in; or

**c.** Any other type of home you rent to live in.

**Residence Employee** means:

**a.** Your employee whose duties are related to the maintenance or use of the **residence** premises, including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to your **business**.

**Watercraft** means a boat or craft designed for use on, over or under water.

---

### PART II - PROPERTY

**A. Insuring Agreement**

This policy covers you against all risks of direct physical loss or damage to your **house, contents** and **other permanent structures** unless an exclusion applies.

**B. Payment of a Loss**

**1.** Amount of Coverage for Your **House** and **Other Permanent Structures**

The amount of coverage for each **house** and for **other permanent structures** at each location shown on the Declarations Page is determined by the payment basis shown on the Declarations Page:

**a.** *Extended Rebuilding Cost Coverage*

We will pay Extended Rebuilding Cost when shown on the Declarations Page of this policy. Extended Rebuilding Cost coverage means that for a covered loss we will pay the **reconstruction cost** of your **house** or **other permanent structures,** for each **occurrence.** If the **reconstruction cost** of your **house** exceeds the amount of coverage for your **house** as shown on the Declarations Page, we will pay up to 50% more than this amount of coverage, if necessary, for the **reconstruction cost.** If the **reconstruction cost** of your **other permanent structures** exceeds the amount of coverage for your **other permanent structures** as shown on the Declarations Page, we will pay up to 50% more than this amount of coverage, if necessary, for the **reconstruction cost**. However, if you do not repair or rebuild your **house** or **other permanent structures** at the same location, the maximum payable is the amount that we would have paid if

you had repaired or rebuilt you **house** or **other permanent structures** at the same location.

**b.** *Replacement Cost Coverage*

We will pay Replacement Cost when shown on the Declarations Page of this policy. Replacement Cost Coverage means that for a covered loss we will pay the **reconstruction cost** of your **house** or **other permanent structures,** up to the coverage limit shown for that location on your Declarations Page, for each **occurrence.** For a covered total loss we will pay the **reconstruction cost** up to the coverage limit shown for that location on your Declarations Page, for each **occurrence,** whether or not you actually rebuild or repair your **house** or **other permanent structures.** The amount of coverage will be increased daily to reflect the current effect of inflation. At the time of a covered loss, your **house** and **other permanent structures** coverage will include any increase in the United States Consumer Price Index from the beginning of the Policy Period.

If at any time during the Policy Period, you are newly constructing your **house** or **other permanent structures**; constructing additions; or undergoing renovations equal to or in excess of the lesser of 10% of the **house** coverage limit or $500,000, and/or it results in your moving out of the **house** for any period of time, the payment basis for your **house** or **other permanent structures** is the **reconstruction** cost.

We may change the amount of coverage shown on the Declarations Page when the policy renews or when appraisals are conducted to reflect current costs and values.

**2.** Amount of Coverage For Your **Contents**

The coverage amount for your **contents** for each covered **residence** is listed on your Declarations Page. The amount we will pay for a covered loss will depend on where the covered loss occurs:

At a **Residence**;

**a.** If a loss occurs to **contents** located at a **residence** with **contents** coverage:

**i.** Listed on the Declarations Page of this policy:

We will pay up to the coverage limit for **contents** for that location, for each **occurrence**; or

**ii.** Under another Homeowners policy in force with us:

We will not pay any amount under this policy.

**b.** If a loss occurs to **contents** located at a **residence** that does not have **contents** coverage or at a **house,** condominium, cooperative or rental unit owned or rented by the **insured person** not listed on the Declarations Page of this policy or any other policy issued by us or one of our affiliated companies:

We will pay up to 10% of the highest coverage limit for **contents** of any single location listed in this policy, for each **occurrence.** Payment will be made based on the single location and will not be made under more than one policy issued by us or one of our affiliated companies.

However, **contents** at a newly acquired **residence** are not subject to this limitation for sixty (60) days after you begin to move property there.

Away From a **Residence**;

**c.** If a loss occurs to **contents** located away from any **residence** or location you own or live at:

We will pay up to the highest coverage limit for **contents** for any single location listed in this policy, for each **occurrence.** Payment will be made based on the single location and will not be made under more than one policy issued by us or one of our affiliated companies.

The most we will pay for a covered loss is the replacement cost of the **contents** without deduction for depreciation, whether or not repaired or replaced, up to the coverage limit.

However, the most we will pay for a covered loss is the cost to repair or replace the **contents** less depreciation, up to the coverage limit, if the **contents** are obsolete or unusable for the purpose for which they were originally intended because of their age or condition.

If, after a covered loss to both **house** and **contents,** we pay more than the coverage limit for **house** coverage because of Extended Rebuilding Cost, we will automatically increase the amount of **contents** coverage for that loss by the same percentage that we increased the amount of **house** coverage.

The amount of coverage for your **contents** will be increased daily to reflect the current effect of inflation. At the time of a covered loss, your **contents** coverage will include any increase in the United States Consumer Price Index from the beginning of the Policy Period.

**Contents** coverage includes property that is moved to another location due to renovation or repair.

**3. Deductible**

The deductible shown on the Declarations Page is the amount of a covered loss you will pay for each **occurrence**.

Your deductible shown on the Declarations Page will be reduced by any other deductible in this policy unless the deductible is a Hurricane or Earthquake deductible.

**4. Pairs, Sets and Parts**

For a covered loss to a pair or set, we will pay whichever is less:

**a.** The cost to replace the lost or damaged property;

**b.** The cost to restore or repair the damaged property to its pre-loss condition;

**c.** The difference between the market value of the pair or set before the loss and after the loss; or

**d.** The amount of coverage.

However, we will pay you the full replacement cost of the entire pair or set if you agree to surrender the remaining article(s) of the pair or set to us.

**5. Special Limits of Liability**

**a.** The limit shown for each of the following categories is the maximum we will pay for a covered loss to that type of **contents**. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Money, bank notes, money orders, drafts, checks or gold, silver or platinum bullion or ingots | $2,500 |
| ii. | **Watercraft**, including their outboard motors, equipment and furnishings | $5,000 |
| iii. | Trailers | $5,000 |
| iv. | Grave markers and Mausoleums | $50,000 |

**b.** The limit shown for each of the following categories is the maximum we will pay for a covered loss to that type of **contents** unless they are stored in a bank vault or bank safe deposit box, in which case we will pay up to the total amount for **contents** coverage listed in the policy for each **occurrence**. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Stamps, Coins & Medals | $5,000 |
| ii. | Negotiable papers, securities, accounts evidences of debt, letters of credit, notes (other than bank notes), manuscripts, passports, tickets | |

**c.** We will pay up to the coverage limit for **contents** coverage listed in the policy for each **occurrence** for **contents** in the following categories unless they are lost, misplaced or stolen, in which case we will only pay up to the limit shown below. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Jewelry, watches, precious stones or semi-precious stones, whether set or unset | $5,000 |
| ii. | Furs | $5,000 |
| iii. | Guns | $5,000 |
| iv. | Silverware, goldware, pewterware or trophies | $10,000 |

**d.** We will pay up to the total amount of **contents** coverage listed in the policy for each **occurrence** for **contents** in the following categories unless the loss is caused by breakage, in which case we will only pay up to the limit shown below. These special limits do not increase the amount of coverage of your **contents**.

| | | |
|---|---|---|
| i. | Crystal, china, porcelains, figurines, statues, sculptures, mirrors, wine bottles, glassware and similar items. | $50,000 |

**C. Additional Coverages**

These coverages are offered in addition to the amount of coverage shown on the Declarations Page unless stated otherwise. Your deductible applies to these coverages unless stated otherwise. Exclusions are described in section D. Exclusions and limits of liability, are described in section B., 5. Special Limits of Liability apply to these coverages.

**1. Additional Living Expense**

As described below, under certain conditions when your **residence** cannot be lived in because of a covered loss to your **house** or, if applicable, your **contents**, we provide coverage for additional living expenses, which consist of extra living expenses, loss of fair rental value, and forced evacuation expenses. The maximum amount we will pay for all additional living expenses combined for each **occurrence** is 30% of the **house** coverage if the **residence** where the loss occurs is a **house**; or 30% of the **contents** coverage if the **residence** where the loss occurs is a Condominium, Cooperative or apartment.

**a.** Extra Living Expense

If a covered loss makes your **residence** uninhabitable, we cover any reasonable increase in living expenses incurred by you to maintain your household's usual standard of living. Payment will continue for the shortest reasonable amount of time necessary to restore your **residence** to a habitable condition or for your household to permanently locate elsewhere. If your **residence** is under construction and you are living in the **residence** at the time of loss, extra living expenses will cease once you are restored to the condition you were just prior to the loss. We will not pay any interests for loans or increased policy premiums associated with the rebuilding of your home. However, if prior to the loss you are not living in the **residence** or have moved out because of construction or renovations, then extra living expenses for this location will not apply.

We will also pay reasonable expenses associated with the kenneling of your domestic animals only.

**b.** Fair Rental Value

If you are not able to rent out your **residence,** or part of your **residence**, that you usually rent to others because of a loss covered by this policy, we will pay the fair rental value for the reasonable amount of time necessary to restore your **residence**, or that part of your **residence**, to a habitable condition.

**c.** Forced Evacuation

If you are forced to evacuate your **residence** as a direct result of a loss or a reasonable threat of a loss covered by this policy, we will reimburse you for the reasonable increase in your living expenses necessary to maintain your household's normal standard of living for up to thirty (30) days. We also cover any loss in fair rental value for up to thirty (30) days if your **residence** is rented to others.

**2.** Assessments

We will pay up to $100,000 per **occurrence** for your share of an assessment charged during the Policy Period against all the members of a Homeowners, Condominium or Cooperative Association. The assessment must be as a result of a covered loss to property or as a result of liability that would be covered under this policy. We will not pay assessments charged for loss resulting from earthquake; however, we will pay your share of an assessment charged as a result of an ensuing covered loss due to theft, explosion, fire or glass breakage unless another exclusion applies. We will not pay more than $10,000 for any assessment that results from a deductible in your Association's insurance. The resultant assessment must be a result of a covered loss to property or as a result of liability that would be covered under this policy. We will not pay assessments charged for loss resulting from earthquake; however, we will pay your share of an assessment charged as a result of an ensuing covered loss due to theft, explosion, fire or glass breakage unless another exclusion applies. Your deductible does not apply to this coverage. The maximum amount of any unit owner's loss assessment coverage that can be assessed for any loss shall be an amount equal to that unit owner's loss assessment coverage limit in effect one day before the date of the occurrence. Any changes to the limits of a unit owner's coverage for loss assessments made on or after the day before the date of the occurrence are not applicable to such loss.

The assessment must occur during the Policy Period, but the claim does not need to occur during the Policy Period.

**3.** Landscaping

We will pay up to 5% of the coverage limit for the **house** or, if **house** coverage is not available, 5% of the coverage limit for the **contents** at the **residence** at which the covered loss occurs, but no more than $5,000 for any one tree, shrub or plant. **Landscaping** does not include forestry or brush.

We will pay only for losses caused by:

**a.** **Aircraft;**

**b.** Fire, lightning or explosion;

**c.** Riot or civil commotion;

**d.** A vehicle not owned or operated by someone who lives at the **residence**; or

**e.** Theft, attempted theft, vandalism or malicious mischief.

This additional coverage applies only if you repair or replace the damaged **landscaping** within two years after the insured structure has been repaired if it has been damaged or two years from the date of loss, whichever is greater.

**4.** Land

In the event of a covered loss to your **house** or **other permanent structures** we will pay for required stabilization, excavation, or replacement of land under or around your **house** or **other permanent**

structures. We will pay up to 10% of the amount of a covered loss to your **house** or **other permanent structures** for this coverage.

5. Construction Materials

   We cover materials and supplies owned by you at each location shown on the Declarations Page for use in the repair, alteration, or construction of your residence unless stated otherwise or an exclusion applies. These payments do not increase the amount of your coverage.

6. Precautionary Repairs

   After a loss covered by this policy, we will pay the reasonable expenses you incur for necessary repairs to protect your **residence** against further loss. These payments do not increase the amount of your coverage.

7. Debris Removal

   We cover the reasonable expenses you incur to remove debris due to a covered loss and the property that caused the covered loss.

   a. If your **residence** is a **house**, we will pay up to 30% of the amount of coverage for your **house** at this location as shown on your Declarations Page. The amount of coverage for debris removal will not be affected by any increase in the amount of **house** coverage caused by the application of Extended Rebuilding Cost payment basis if provided by this policy.

   b. If your **residence** is a Condominium, Cooperative or apartment, we will pay up to 30% of the amount of coverage for your **contents** at this location as shown on the Declarations Page.

8. Lock Replacement

   We will pay for the cost of replacing the locks in a **residence** listed on the Declarations Page if the keys to that **residence** are lost or stolen. Your deductible does not apply to this coverage.

9. Rebuilding to Code

   We will pay the extra expenses to obey any law or ordinance that regulates the repair, rebuilding or demolition of damaged property caused by a covered loss subject to the following:

   a. If the loss is to a **house**, we will pay up to 30% of the amount of coverage shown on the Declarations Page for that **house**;

   b. If the loss is to an **other permanent structure**, we will pay up to 30% of the amount of coverage shown on the Declarations Page for **other permanent structures** at that location; or

c. If the loss is to the additions and alterations of your Condominium, Cooperative or apartment unit, we will pay up to 30% of the amount of **contents** coverage as shown on the Declarations Page.

10. Mine Subsidence

    We cover direct loss to your **house** and **other permanent structures** caused by lateral or vertical movement of a man-made underground line or mine-related excavations.

11. Property Removal for Safekeeping

    We will pay for any reasonable expenses incurred for the moving and storing of **contents** from a **residence** because the **contents** are in danger as a result of a covered loss.

12. Data Replacement

    We will reimburse you up to $5,000 for expenses you incur as a result of a covered loss to replace lost personal data stored on a personal computer or portable computing device that you own or lease.

13. **Business** Property

    We will pay up to $25,000 for a covered loss to **business** property you own or lease.

14. Fire Department Charges

    We will pay for the charges imposed by law or assumed by written agreement when a fire department answers a call to save or protect a **residence** listed on the Declarations Page. Your deductible does not apply to this coverage.

15. Back Up of Sewers and Drains

    We will pay up to the coverage limits shown on the Declarations Page for physical loss or damage to property caused by:

    a. Water which backs up through sewers or drains on the **residence** premises. A sewer or drain is a pipe mechanically connected to the **residence** plumbing system, gutters or downspouts, or other drainage pipe located on the **residence** premises used to drain water and waste away from the **residence**. A backup is not due to the inability of a sewer or drain to handle the amount of rainwater, surface water or groundwater trying to enter the sewer or drain.

    b. Water which overflows from a sump pump pit if such overflow results from the mechanical breakdown of the sump pump. This additional coverage is intended to cover damage caused by water that overflows the sump pit due to mechanical breakdown of the sump pump, but not damage caused by sur-

face or groundwater before it enters the sump pit. This coverage does not apply to direct physical loss or damage of the sump pump or related equipment, which is caused by mechanical breakdown.

These payments do not increase the amount of your coverage.

**16.** Property of Domestic Staff and Guests

We cover the personal property of your domestic staff and guests while it is on the premises of any **residence** listed on the Declarations Page. These payments do not increase the amount of your coverage.

**17.** Loss by Animals

We cover loss to your **house**, **other permanent structures**, and **contents** caused by domestic animals.

**18.** Arson Reward

We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered by this policy. The $5,000 limit is the most we will pay, regardless of the number of persons providing information. This coverage is additional insurance.

**19.** Food Spoilage

We cover food spoilage due to a temperature change in a refrigerator or freezer caused by an interruption of the power supply, originating either on or off-premises, or due to the mechanical breakdown of refrigeration equipment at any **residence** you live at or own. Wine or spirits are not considered food. These payments do not increase your amount of coverage. This coverage is subject to a $250 deductible.

**20.** Ensuing **Fungi** or Bacteria

We will pay up to $10,000 for each **occurrence** caused by **fungi** or bacteria resulting from a covered loss, including:

**a.** The cost to remove, clean-up, remediate, contain, treat, detoxify, neutralize, **fungi** or bacteria;

**b.** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi** or bacteria;

**c.** The cost of testing or monitoring of air or property to confirm the absence, presence or level of **fungi** or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi** or bacteria; and

**d.** The reasonable increase in living expenses incurred by you to maintain

your household's usual standard of living if your **residence** is uninhabitable. Payment will continue for the shortest period of time necessary to restore your **residence** to a habitable condition.

This is the most we will pay regardless of the number of **occurrences**, the number of locations insured, or the number of claims-made. We will not make any additional payments for Ensuing **Fungi** or Bacteria under any other Additional Coverage.

These payments do not increase the amount of coverage.

**21.** Loss Prevention Device

After a loss is covered by this policy, we will pay for the reasonable costs you incur up to $2,500 for the installation of an approved loss prevention device to protect your **residence** against the same loss in the future. Approved loss prevention devices include fire alarms systems, fire suppression systems, security systems, sump pumps, automatic water shut-off devices, lightning suppression systems, back-up power systems and hail resistant roofing materials. These payments do not increase the amount of coverage.

This additional coverage only applies if the loss exceeds the location deductible.

**D. Exclusions**

The following exclusions apply to PART II - PROPERTY section of your policy:

**1.** Pollution or Contamination

We do not cover any loss, directly or indirectly, and regardless of any cause or event contributing concurrently or in any sequence to the loss, caused by the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover the cost to extract pollutants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and "waste". A "contaminant" is an impurity resulting from the mixture of or contact with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**2.** Gradual or Sudden Loss

We do not cover any loss caused by gradual deterioration, wet or dry rot, warping, smog, rust, or other corrosion. In addition, we do not cover any loss caused by inherent vice, wear and tear, mechanical breakdown or latent defect. However, we do insure ensuing covered loss unless another exclusion applies.

**3. Fungi** or Bacteria

We do not cover any loss caused by the presence, growth, proliferation, spread or any activity of **fungi** or bacteria including the cost to test for, monitor, clean up, move, remediate, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of **fungi** or bacteria.

This exclusion does not apply to:

**a.** Coverage provided under PART II - PROPERTY. Additional Coverage. Ensuing **Fungi** or Bacteria; or

**b.** Ensuing covered loss unless another exclusion applies.

**4.** Loss by Rodents, Insects, Birds or Vermin

Rodents, insects, birds or vermin except loss to glass that is part of a building, storm door or window. However, we do insure ensuing covered loss unless another exclusion applies.

**5.** Structural Movement

We do not cover any loss caused by bulging, expansion, shrinking or settling, including resultant cracking, of foundation, floors, walls, patios, pavements, ceilings or roofs. However, we do insure ensuing covered loss unless another exclusion applies.

**6.** Surface and Ground Water Damage

We do not cover any loss caused by:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind; or

**b.** Water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

This exclusion does not apply to:

**a. Contents** away from any **residence** or location you own or live at; or

**b.** Ensuing covered loss unless another exclusion applies.

**7.** Water or Ice Damage to Certain **Other Permanent Structures**

We do not cover loss to certain **other permanent structures** caused by freezing, thawing, or the pressure or weight of water or ice, whether driven by wind or not. However, we do insure ensuing covered loss unless another exclusion applies. The **other permanent structures** to which this exclusion applies are swimming pools, fences, tennis courts, hot tubs, patios, pavements, foundations, septic systems, retaining walls, wharves, docks, piers, bridges or bulkheads.

**8.** Faulty, Inadequate or Defective Planning

We do not cover any loss caused by faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the **residence**. However, we do insure ensuing covered loss unless another exclusion applies.

**9.** Earthquake

We do not cover any loss to your **house** or **other permanent structures** caused by earthquake. However, we do insure ensuing covered loss due to theft, fire, glass breakage or explosion unless another exclusion applies. This exclusion does not apply to **Catastrophic Ground Cover Collapse**.

**10.** Earth Movement

We do not cover any loss to your **house** or **other permanent structures** caused by earth movement including volcanic eruptions, landslides, mudflows, and the sinking, rising, or shifting of land. We do insure ensuing covered loss due to theft, fire, glass breakage or explosion unless another exclusion applies. This exclusion does not apply to **Catastrophic Ground Cover Collapse**.

**11. Business** Property

We do not cover any loss to **business** property. This exclusion does not apply to coverage provided under PART II - PROPERTY, Additional Coverage, **Business** Property.

**12.** Motorized Land Vehicles

We do not cover any loss to motorized land vehicles including their equipment and accessories or any electronic devices designed to be operated solely by power from the electrical system of that vehicle. However, we do cover vehicles not subject to motor vehicle registration which are:

**a.** Used to service any **residence** you own or live at;

**b.** Designed to assist the handicapped; or

**c.** Designed for recreational use off public roads.

**13.** Renovations and Repairs

We do not cover loss caused by renovating, refinishing or repairing any kind of **contents.** This exclusion does not apply to jewelry, watches, and furs.

**14. Watercraft** Accidents

We do not cover any loss caused by the stranding, swamping or sinking of a **watercraft** or its trailer, or outboard motor. We also do not cover any loss caused by collision of a **watercraft** other than collision with a land vehicle unless another exclusion applies.

**15.** Tenant Property

We do not cover any loss to property of roomers, boarders, or other tenants.

**16.** Temperature or Dampness

We do not cover any loss caused by extremes of temperature, dampness or dryness of atmosphere, or water vapor to **house, other permanent structures** or **contents**.

This exclusion does not apply to:

**a.** Loss caused directly by rain, sleet, snow or hail; or

**b.** Coverage provided under PART II - PROPERTY, Additional Coverage, Food Spoilage.

**17. Aircraft**

We do not cover any loss to **aircraft** or **aircraft** parts.

**18.** Confiscation

We do not cover any loss caused by the destruction, confiscation or seizure by any government or public authority.

**19.** Acts of War

We do not cover any direct loss or ensuing loss to property caused by any kind of warlike action. War includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

**20.** Loss to Fish, Birds or Animals

We do not cover any loss to fish, birds or animals.

**21.** Intentional Acts

We do not cover any loss caused by any act, whose consequences could have been foreseen by a reasonable person, committed:

**a.** By or at the direction of you, your spouse or a **family member**; and

**b.** With the intent to cause loss or damage.

**22.** Dishonest Acts

We do not cover any loss caused by any dishonest or criminal act by, or at the direction of, you or any **family member.**

**23.** Nuclear Hazard

We do not cover any loss caused directly or indirectly by "nuclear hazard". Nuclear hazard means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. However, ensuing covered loss due to fire resulting from a nuclear hazard is covered unless another exclusion applies.

**24.** Back Up of Sewers or Drains

We do not cover any loss due to a back up or overflow of a sewer or drain including any loss that contributes to any event. This exclusion does not apply to coverage provided under PART II - PROPERY, Additional Coverage, Back Up of Sewers and Drains.

**25. Contents** Under Another Policy

We do not cover any loss to **contents** that are insured under a private collections policy, valuable articles or similar policy not issued by us or one of our affiliated companies.

**26.** Uninsured Owned Location

We do not cover any loss caused directly or indirectly by wind to **contents** located at an owned house, condominium, or cooperative that does not have **contents** coverage listed on the Declarations Page of this policy or any other policy issued by us or one of our affiliated companies. This exclusion only pertains to contents which are normally kept at the uninsured owned location.

**Contents** at a newly acquired location are not subject to this exclusion for sixty (60) days after you begin to move **contents** there.

---

**PART III - LIABILITY**

**A. Insuring Agreement**

We will pay **damages** an **insured person** is legally obligated to pay for **personal injury** or **property damage** caused by an **occurrence** covered by this policy anywhere in the world, unless stated otherwise or an exclusion applies.

**B. Payment of a Loss**

The most we will pay for all claims for **personal injury** and **property damage** as a result of any one **occurrence** is the Liability coverage limit shown on the Declarations Page of this policy. This insurance applies separately to each **insured person** against whom a claim is made or suit is brought, but we will not pay more than the limit shown on the Declarations Page for any single **occurrence** regardless of the number of **insured persons**, claims made or persons injured. There is no restriction to the number of **occurrences** during the Policy Period for which claims may be made.

Payments under provision **C., Defense Coverage and Claim Expense**, except a settlement payment, are in addition to the Liability coverage limit in the policy shown on the Declarations Page.

**C.  Defense Coverage and Claim Expense**

We will pay the costs to defend an **insured person** against any suit seeking covered **damages** for **personal injury** or **property damage**, even if the suit is false, fraudulent or groundless. You may choose counsel from a panel of firms selected by us. If a panel counsel is not established in the jurisdiction where the suit is brought, we reserve the right to select counsel.

We may investigate and settle any claim or suit at our discretion.

Additionally, we will pay:

1. All court costs and expenses on judgments assessed against any **insured person**;

2. Reasonable expenses incurred by an **insured person** at our request up to a total of $10,000 for assisting us in the investigation or defense of a claim or suit;

3. The cost of bail bonds required of an **insured person** because of a covered loss;

4. All premiums on bonds required in a suit we defend, but not for bond amounts more than the coverage amount (we need not apply for or furnish any bond);

5. All expenses incurred by us;

6. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court, that part of the judgment which does not exceed the amount of coverage; and

7. All prejudgment interest awarded against an **insured person** on that part of the judgment we pay or offer to pay. We will not pay any prejudgment interest based on that period of time after we make an offer to pay the amount of coverage.

In jurisdictions where we are prevented from defending an **insured person** for a covered loss because of laws or other reasons, we will pay any expenses incurred with our prior written consent for the **insured person's** defense.

Our duty to defend any claim or suit arising out of a single **occurrence** ends when the amount we have paid in **damages** for that **occurrence** equals the Liability coverage limit shown on the Declarations Page of this policy.

**D.  Additional Coverages**

1. Damaged Property

   If an **insured person** destroys or damages other people's property we will pay the replacement cost for that property up to $10,000 per **occurrence**.

2. Credit Cards, Forgery, and Counterfeiting

We will pay up to a total of $10,000 for:

a. Any amount an **insured person** is legally obligated to pay resulting from:

   i. Theft or loss of a bankcard or credit card issued in the name of you or a **family member**; or

   ii. Loss caused by forgery or alteration of any check or negotiable instrument.

   A loss will not be covered unless all the terms for using the card, check or negotiable instrument, are complied with.

b. Loss caused by accepting in good faith any counterfeit paper currency.

At our option we may defend a claim or suit against you or a **family member** for forgery or counterfeiting. We will defend a claim or suit against you or a **family member** for loss or theft of a bankcard or credit card.

3. Medical Payments to Others

Regardless of liability, we will pay the necessary **medical expenses** that are incurred or medically ascertained within three (3) years from the date of an accident causing **bodily injury** up to a total of $10,000 for each person. This coverage does not apply to you or a **family member** and only applies to an accident that:

a. Occurs to a person, at a **residence** with liability coverage listed on the Declarations Page, with permission from you or a **family member** to be there;

b. Arises from a condition at a **residence**, or at the steps, driveways or sidewalks immediately adjoining a **residence**, listed on the Declarations Page with liability coverage.

c. Is caused by an animal owned by or in the care of an **insured person;** or

d. Is caused by an **insured person** or a **residence employee** in the course of his or her employment by an **insured person.**

4. Limited **Residence** Premises **Business** Liability

We cover **personal injury** or **property damage** arising out of the physical condition of a **residence** shown on the Declarations Page when **business** or professional activities are legally conducted by any **insured person** at that **residence.** The most we will pay for any covered loss is the Liability coverage limit shown on the Declarations Page. Coverage is subject to the following:

a. You do not have any employees conducting **business** activities at your **residence** who are subject to workers' compensation or other similar disability laws;

     **b.** You are not a home day care provider; and

     **c.** There is no other valid collectible insurance.

**E. Exclusions**

This policy does not provide coverage for liability, defense costs or any other cost or expense for:

**1.** Motorized Land Vehicles

**Personal injury** or **property damage** arising out of the ownership, maintenance, use, loading or unloading of any motorized land vehicle. This exclusion does not apply to **recreational motor vehicles** except when they are used for participation in or practice for competitive racing.

**2. Aircraft**

**Personal injury** or **property damage** arising out of the ownership, maintenance, use, loading, unloading, or towing of any **aircraft.**

**3. Watercraft**

**Personal injury** or **property damage** arising out of the ownership, maintenance, use, operation, loading or unloading of any **watercraft**:

     **a.** That is twenty-six (26) feet or more in length or fifty (50) or more horsepower and which is owned by an **insured person** or furnished or rented to an **insured person** for longer than thirty (30) days;

     **b.** Used for any **business** or commercial purpose; or

     **c.** Used for participation in or practice for competitive racing (except sailboats less than twenty-six (26) feet in length).

**4.** Workers' Compensation or Disability

Any **damages** or benefits an **insured person** is legally obligated to provide under any workers' compensation, disability benefits, Jones Act or General Maritime Law, unemployment compensation, occupational disease or similar law. However, we do provide coverage in excess over any other insurance for **damages** a **covered person** is legally obligated to pay for **bodily injury** to a **residence employee** of a location listed on the Declarations Page which are not compensable under workers compensation, unless another exclusion applies.

**5.** Directors Errors or Omissions

**Personal injury** or **property damage** arising out of any **insured person's** acts, errors or omissions as an officer or member of the board of directors of any corporation or organization. This exclusion does not apply to **personal injury** or **property damage** arising out of an **insured person's** actions for a non-profit corporation or organization or for

a Condominium or Cooperative Association unless another exclusion applies.

**6.** Care, Custody or Control

**Property Damage** to property owned by, rented to, occupied or used by, or in the care, custody or control of an **insured person** to the extent that the **insured person** is required by contract to provide insurance. This exclusion does not apply to **property damage** caused by fire, smoke, or explosion.

**7. Insured Person**

**Personal injury** to an **insured person** under this policy.

**8.** Discrimination

**Personal injury** arising out of actual, alleged or threatened discrimination or harassment due to age, race, national origin, color, sex, creed, handicapped status, sexual preference or any other discrimination.

**9.** Sexual Molestation or Corporal Punishment

**Personal injury** arising out of any actual, alleged or threatened by any person:

     **a.** Sexual molestation, misconduct or harassment;

     **b.** Corporal punishment; or

     **c.** Sexual, physical or mental abuse.

**10.** Transmitted Diseases

**Personal injury** resulting directly or indirectly from any illness, sickness or disease transmitted intentionally or unintentionally by an **insured person** to anyone. We do not cover any **damages** for any threat of exposure or any consequences resulting from that illness, sickness, or disease.

**11. Business** Pursuits

**Personal injury** or **property damage** arising out of an **insured person's business** property or **business** pursuits, investment activity or any activity intended to realize a profit for either an **insured person** or others. However, this exclusion does not apply to:

     **a.** Volunteer work for an organized charitable, religious or community group;

     **b. Incidental business** activity; or

     **c.** Limited **Residence** Premises **Business** Liability Coverage.

**12.** Professional Services

**Personal injury** or **property damage** arising out of an **insured person's** performing or failure to perform professional services for which any **insured person** is legally responsible or licensed.

**13.** War

**Bodily injury** or **property damage** caused directly or indirectly by war, including the following and any consequence of the following:

**a.** Undeclared war, civil war, insurrection, rebellion, or revolution;

**b.** Warlike acts by a military force or military personnel; or

**c.** The destruction, seizure or use of property for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**14.** Assessments

Any assessment charged against an **insured person** as a member of an association, corporation or community of property owners.

**15.** Contractual

**Personal injury** or **property damage** arising from contracts or agreements, whether written or unwritten:

**a.** Made in connection with any **insured person's business**; or

**b.** In which the liability of others is assumed after a covered loss.

**16.** Nuclear Hazard

**Personal injury** or **property damage** caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination.

**17.** Intentional Acts

**Personal injury** or **property damage** resulting from any criminal, willful, intentional or malicious act or omission by any person. We also will not cover claims for acts or omissions of any person which are intended to result in, or would be expected by a reasonable person to cause, **property damage** or **personal injury**. This exclusion applies even if the injury or damage is of a different kind or degree, or is sustained by a different person, than expected or intended. This exclusion does not apply to **bodily injury** if the **insured person** acted with reasonable force to protect any person or property.

**18.** Wrongful Termination

**Personal injury** arising out of wrongful termination of employment.

**19.** Controlled Substance(s)

**Personal injury** or **property damage** arising out of the use, sale, manufacture, delivery or transfer or possession of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. This exclusion does not apply to the legitimate use of prescription drugs of a person following the orders of a licensed physician.

---

### PART IV - CONDITIONS

**A.** Your Duties

**1.** Your duty is to notify your agent or broker

of a change in occupancy.

**2.** Your duty is to notify your agent or broker at the beginning of any renovation or construction work and throughout the work to maintain an appropriate amount of coverage and confirm that appropriate protective safeguards are in place as determined by us.

**B.** Your Duties After a Loss

In the event of an **occurrence** which is likely to involve this policy, or if you or any other **insured person** under this policy is sued in connection with an **occurrence** which may be covered under this policy, you or an **insured person** must:

**1.** Give prompt notice to us or your agent or broker.

**2.** Notify the police in case of loss by theft.

**3.** Notify the credit card or fund transfer card company in case of loss under credit card or fund transfer card coverage.

**4.** Protect the property from further damage. If repairs to the property are required, you must:

**a.** Make reasonable and necessary repairs to protect the property; and

**b.** Keep an accurate record of all repair expenses.

**5.** Provide us with bills, receipts and related documents.

**6.** As often as we reasonably require:

**a.** Show the damaged property;

**b.** Provide us with records and documents we request; and

**c.** Submit to separate examination under oath.

**7.** Send to us within sixty (60) days of our request, your signed sworn proof of loss which sets forth, to the best of your knowledge:

**a.** The time and cause of loss;

**b.** The interest of all others in the property;

**c.** Other insurance which may cover the loss; and

**d.** The dollar amount being claimed as your loss.

**8.** Provide us with the names and addresses of any known persons injured and any available witnesses.

**9.** Provide us with any suit papers and other documents which will help us defend any **insured person**.

**10.** Assist and cooperate with us in the conduct of the defense by helping us:

**a.** To make settlement;

**b.** To enforce any right of contribution or indemnity against any person or organization who may be liable to an **insured person**;

**c.** To attend hearings and trials; and

**d.** To secure and give evidence and obtain the attendance of witnesses.

**C.** Policy Period and Territory

The Policy Period is stated on the Declarations Page. This policy applies to an **occurrence** which takes place anywhere in the world unless otherwise limited by the policy.

**D.** Recovery

If the **insured person** has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The **insured person** must do nothing after loss to impair such rights of recovery. At our request, the **insured person** will bring suit or transfer those rights to us and help us enforce them.

**E.** Assignment

No one covered under this policy may assign or turn over any right or interest in regard to the policy without our written consent.

**F.** Changes

No change or modification of this policy shall be effective except when made by written endorsement signed by our legal representative.

**G.** Concealment or Fraud

The entire policy will be void if, whether before or after a loss, you or an **insured person** have:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made material false statements;

relating to this insurance.

**H.** Reasonable Care

You must use reasonable care to maintain heat in your **residence** or shut off and drain the water system or appliances if the home is vacant, unoccupied or being constructed. We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system or household appliance if reasonable care has not been exercised.

**I.** Conformity to Statutes

Any provision of this policy, which is in conflict with state or local law, is amended to conform to the law.

**J.** Liberalization

If we broaden the coverages provided by your policy without an additional premium charge, the changes will automatically apply to your policy as of the effective date on which the changes are adopted in your state.

**K.** Bankruptcy or Death

The **insured person's** bankruptcy or insolvency shall not relieve us of any of our obligations. Further, if the **insured person** dies or becomes bankrupt or insolvent during the Policy Period, this policy, unless cancelled, will cover the **insured person's** legal representative for the remainder of the Policy Period.

**L.** Legal Action Against Us

No action shall be brought against us unless the **insured person** has complied with this policy's provisions, nor until final judgment or agreement has set the amount on the **insured person's** legal obligation with us. You also agree to bring any action against us within five (5) years after a loss occurs, but not until thirty (30) days after proof of loss has been filed and the amount of loss has been determined. No one has the right to join us in any action against any **insured person.**

**M.** Mediation or Appraisals

If you and we

**a.** Are engaged in a dispute regarding a claim under this policy, either party may demand a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and, you have not rescinded the settlement within three (3) business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the mediator's fee for the rescheduled conference. However, if we fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the conference and also pay the total cost for the rescheduled conference.

b. Fail to agree on the amount of loss, either party may request an appraisal of the loss. However, both parties must agree to the appraisal. In this event, each party will choose a competent and impartial appraiser within twenty (20) days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within fifteen (15) days, you or we may request that the choice be made by a judge of a court of record in the state where the **"residence** premises" is located. The appraisers will

separately set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

Each party will:
i. Pay its own appraiser; and
ii. Bear the other expenses of the appraisal and umpire equally.

If, however, we demanded the mediation and either party rejects the mediation results, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss.

**N.** Other Insurance

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**O.** Mortgage Clause.

The word mortgagee includes trustee. If a mortgagee is named in this policy, any covered loss will be paid to you and the mortgagee as interests appear. If there is more than one mortgagee named in this policy, the order of payment will be identical to the order of precedence.

If your claim is denied, the denial will not apply to a valid claim submitted by the mortgagee if they:

1. Notify us of any change in ownership or substantial change in risk of which they are aware;
2. Pay any premium due on this policy or on demand if you have neglected to pay the premium; and
3. Submit a sworn statement of loss within sixty (60) days after receiving notice from us of your failure to do so.

If your policy is cancelled or not renewed by us, the mortgagee will be notified in writing at least ten (10) days before the cancellation or nonrenewal takes effect.

If we deny payment to you but pay the mortgagee:

1. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
2. At our option, we may pay the mortgagee the entire principal on the mortgage plus any accrued interest. In this event we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount under the mortgagee's claim.

If we cancel your policy due to the lender's failure to pay the premium when due, the policy shall be reinstated.

**P.** Your Cancellation

You may cancel this policy or any part of it at any time by notifying us in writing of the future date that the cancellation is to take effect.

**Q.** Our Cancellation

1. If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the **residence** has been damaged as a result of a **hurricane** or wind loss that is the subject of the declared emergency, we may cancel this policy only for the following reasons, with respect to the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the **house** or **other permanent structures** located on the **residence**, by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   **a.** When you have not paid the premium, we may cancel during this period by letting you know at least 10 days before the date cancellation takes effect.

   **b.** If:

   i. There has been a material misstatement or fraud related to the claim;

   ii. We determine that you have unreasonably caused a delay in the repair of the **house** or **other permanent structures**; or

   iii. We have paid policy limits;
   we may cancel during this period by letting you know at least 45 days before the date cancellation takes effect.

   **c.** We shall be entitled to collect any additional premium required to keep the policy in effect during this period.

   However, this provision (**Q.1.c.**) does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

2. If the conditions described in Paragraph **Q.1.** do not apply, we may cancel only for the following reasons:

**a.** When this policy has been in effect for 90 days or less, we may cancel immediately if:

   **i.** There has been a material misstatement or misrepresentation or failure to comply with underwriting requirements; and

   **ii.** The **residence** has not been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice.

**b.** We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

   **i.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   **ii.** When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

     **(a)** On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the **insured person** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

     **(b)** On the basis of a single claim which is the result of water damage, unless we can demonstrate that the **insured person** has failed to take action reasonably requested by us to prevent a future similar **occurrence** of damage to the insured property; or

     **(c)** On the basis of filing of claims for partial loss caused by **sinkhole** damage or clay shrinkage, regardless of whether this policy has been the subject of a **sinkhole** claim, or on the basis of the risk associated with the

**occurrence** of such a claim. However, we may cancel this policy if:

   **(1.)** The total of such property claim payments for this policy exceeds the current policy limits of coverage for **property damage**; or

   **(2.)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

Except as provided in Paragraphs **Q.2.a.** and **Q.2.b.i.** of this provision, we will let you know of our action at least:

**a.** 180 days before the date cancellation takes effect if the **residence** has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice; or

**b.** 20 days before the date cancellation takes effect in all other cases.

**iii.** When this policy has been in effect for more than 90 days, we may cancel:

   **(a)** If there has been a material misstatement;

   **(b)** If the risk has changed substantially since the policy was issued;

   **(c)** In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

   **(d)** If the cancellation is for all **insured persons** under policies of this type for a given class of insureds;

   **(e)** On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the **insured person** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(f)** On the basis of a single claim which is the result of water damage, if we can demonstrate that the **insured person** has failed to take action reasonably requested by us to prevent a future similar **occurrence** of damage to the insured property; or

**(g)** On the basis of filing of claims for partial loss caused by **sinkhole** damage or clay shrinkage, regardless of whether this policy has been the subject of a **sinkhole** claim, or on the basis of the risk associated with the **occurrence** of such a claim, if:

**(1.)** The total of such property claim payments for this policy exceeds the current policy limits of coverage for **property damage**; or

**(2.)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

We will provide the following notice:

**(a)** If the **residence** has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice, we will let you know at least 180 days before the date cancellation takes effect.

If Paragraph **(a)** does not apply, and:

**(b)** If the date of cancellation becomes effective on or after December 1 and before June 1, we will let you know at least 100 days before the date cancellation takes effect; or

**(c)** If the date of cancellation becomes effective on or after June 1 and before December 1, we will let you know:

**(1.)** At least 100 days before the date cancellation takes effect; or

**(2.)** By June 1;

whichever is earlier.

If more than one notice requirement applies, we will provide the broadest notice.

**3.** If the date of cancellation becomes effective during a **hurricane occurrence**:

**a.** The date of cancellation will not become effective until the end of the **hurricane occurrence**; and

**b.** We shall be entitled to collect additional premium for the period beyond the original date of cancellation for which the policy remains in effect.

However, this provision **(Q.3.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the **hurricane occurrence**.

**4.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**5.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 days after the date cancellation takes effect.

**R.** Nonrenewal

**1.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal. Proof of mailing will be sufficient proof of notice.

**a.** If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the **residence** has been damaged as a result of a **hurricane** or wind loss that is the subject of the declared emergency, then, during the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the **house** or **other permanent structures** located on the **residence**, we may elect not to renew this policy only if:

**i.** You have not paid the renewal premium;

**ii.** There has been a material misstatement or fraud related to the claim;

**iii.** We determine that you have unreasonably caused a delay in the repair of the **house** or **other permanent structures**; or

We have paid policy limits.

We may do so by letting you know at least 45 days before the expiration date of the policy.

**b.** We shall be entitled to collect any additional premium required to keep the policy in effect during this period.

However, this provision (**R.1.b.**) does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

**c.** If the conditions described in Paragraph **1.a.** do not apply, we may elect not to renew this policy by providing the following notice before the expiration date of this policy:

**i.** If the **residence** has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice, we will let you know at least 180 days before the expiration date of this policy;

**ii.** If we elect not to renew this policy due to a revision in coverage for **sinkhole** loss or **catastrophic ground cover collapse** based on the 2007 changes in the Florida Insurance Laws, we will let you know at least 100 days before the expiration date of this policy;

**iii.** If:

  **(a)** The date of nonrenewal becomes effective on or after December 1 and before June 1, we will let you know at least 100 days before the expiration date of this policy; or

  **(b)** The date of nonrenewal becomes effective on or after June 1 and before December 1, we will let you know:

    **1.** At least 100 days before the expiration date of this policy; or

    **2.** By June 1;

    whichever is earlier.

If more than one notice requirement applies, we will provide the broadest notice.

**2.** We will not nonrenew this policy:

  **a.** On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by

claims frequency or otherwise, that the **insured person** has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**b.** On the basis of a single claim which is the result of water damage, unless we can demonstrate that the **insured person** has failed to take action reasonably requested by us to prevent a future similar **occurrence** of damage to the insured property; or

**c.** On the basis of filing of claims for partial loss caused by **sinkhole** damage or clay shrinkage, regardless of whether this policy has been the subject of a **sinkhole** claim, or on the basis of the risk associated with the **occurrence** of such a claim. However, we may elect not to renew this policy if:

  **i.** The total of such property claim payments for this policy exceeds the current policy limits of coverage for **property damage**; or

  **ii.** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**3.** If the date of nonrenewal becomes effective during a **hurricane occurrence**:

  **a.** The expiration date of this policy will not become effective until the end of the **hurricane occurrence**; and

  **b.** We shall be entitled to collect additional premium for the period the policy remains in effect.

However, this provision (**R.3.**) does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the **hurricane occurrence**.

**S. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earlier of the following:

**1.** 20 days after we receive your proof of loss and reach written agreement with you; or

**2.** 60 days after we receive your proof of loss and:

  **a.** There is an entry of a final judgment; or

  **b.** There is a filing of an appraisal award or a mediation settlement with us; or

**3.** If payment is not paid or denied within 90 days after we receive notice of claim. However, this provision **(S.3.)** does not apply if factors beyond our control reasonably prevent such payment.

In witness whereof, we have caused this policy to be executed and attested, and if required by state law this policy shall not be valid unless countersigned by our authorized representative.

AIG Property Casualty Company

*Secretary*

*President*

Includes copyrighted material from Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ECONOMIC SANCTIONS ENDORSEMENT

The following is added to the policy to which it is attached:

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.



AIG Private Client Group

# NOTICE

To report a claim, please contact:

1-888-760-9195

# Checklist of Coverage

### Policy Type :  Homeowners
**(Homeowner's, Condominium/Coop Unit Owner's or Tenant's)**

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

As Respects the Following Location:

6900 NW 87th Ave                                    Parkland, FL 33067

| **Dwelling Structure Coverage (Place of Residence)** | |
|---|---|
| Limit of Insurance:  $2,722,700 | Loss Settlement Basis:  Extended Rebuilding Cost<br>(i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Other Structures Coverage (Detached from Dwelling)** | |
| Limit of Insurance:  $199,141 | Loss Settlement Basis:  Extended Rebuilding Cost<br>(i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Personal Property Coverage** | |
| Limit of Insurance:  $1,327,610 | Loss Settlement Basis:  Replacement Cost<br>(i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Deductibles** | |
| Annual Hurricane:  2%/$54,454 | All Perils (Other Than Hurricane):  $5,000 |

## Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against:

(Items below marked **Y (Yes)** indicate coverage IS included, those marked **N (No)** indicate coverage is NOT included)

| | |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (Including storm surge) |
| Y | Windstorm or Hail (other than hurricane) unless excluded via PCHO-WHC Wind or Hail Exclusion Endorsement |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| N | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| N | Volcanic Eruption |
| Y | Sinkhole |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | |
| Y | Additional Living Expense | 30% of Dwelling | None |
| Y | Fair Rental Value | 30% of Dwelling | None |
| Y | Civil Authority Prohibits Use | 30% of Dwelling | 30 Days |

| Property - Additional/Other Coverages | | | | |
|---|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those maked N (No) indicate coverage is not included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | | |
| | | | Included | Additional |
| Y | Debris Removal | 30% | Y | |
| Y | Reasonable Repairs | None | Y | |
| Y | Property Removed | None | Y | |
| Y | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $10,000 | Y | |
| Y | Loss Assessment | $100,000 | Y | |
| N | Collapse | | N | |
| Y | Glass or Safety Glazing Material | | Y | |
| N | Landlord's Furnishings | | N | |
| Y | Law and Ordinance | 30% | Y | |
| Y | Grave Markers | $50,000 | Y | |
| Y | Mold / Fungi | $10,000 | Y | |

**Checklist of Coverage (continued)**

| Discounts | |
|---|---|
| (Items below marked Y (Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | Dollar ($) Amount of Discount |
| Y  Multiple Policy | |
| Y  Fire Alarm/ Smoke Alarm/ Burglar Alarm | |
| N  Sprinkler | |
| Y  Windstorm Loss Reduction | |
| Y  Building Code Effectiveness Grading Schedule | |
|     Other | |

| Insurer May Insert Any Other Property Coverage Below | | |
|---|---|---|
| (Items below marked Y (Yes) indicate Coverage IS included, those marked N (No) indicate coverage is NOT Included) | Limit of Insurance | Loss Settlement Basis (i.e. Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| | | |
| | | |
| | | |
| | | |

| Personal Liability Coverage |
|---|
| Limit of Insurance:  $500,000 |

| Medical Payments to Others Coverage |
|---|
| Limit of Insurance: $10,000 |

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate Coverage IS included, those marked N (No) indicate coverage is NOT Included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y  Claim Expenses | | Y | |
| Y  First Aid Expenses | | Y | |
| Y  Damage to Property of Others | $1,000 | Y | |
| Y  Loss Assessment | $50,000 | Y | |

| Insurer May Insert Any Other Liability Coverage Below | |
|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance |
| | |
| | |
| | |
| | |
| | |

## DEDUCTIBLE WAIVER FOR LARGE LOSSES

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):

6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that for the premium charged Part II - PROPERTY. B. Payment of a Loss, Deductible is deleted and replaced with the following:

Deductible

The deductible shown on the Declarations Page is the amount of a covered loss you will pay for each **occurrence.** The deductible does not apply to a covered loss of more than $50,000. This waiver of deductible does not apply to:

1. Special deductibles for wind, hurricane, hail or earthquake; or
2. Separate coverage deductibles contained within the Equipment Breakdown or Fraud Safe-guard endorsements.

PCHO-DWLL (09/06)

## EQUIPMENT BREAKDOWN COVERAGE

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location:

6900 NW 87th Ave
Parkland, FL 33067

The following additional coverage is added to the AIG Private Client Group Homeowners policy.

### AGREEMENT

We will provide the insurance described in this endorsement in compliance with all applicable provisions of this policy. The most we will pay for loss, damage or expense under this endorsement arising from any **one accident** is $100,000 Coverage provided under this endorsement does not increase any limit of liability under Part II, PROPERTY.

### DEFINITIONS

The following definitions are added:

1. **Accident** means sudden and accidental:

   a    mechanical or electrical breakdown; or

   b.    tearing apart, cracking, burning or bulging of a steam or hot water heating system, or an air conditioning system;

   that results in direct physical damage to **covered equipment**.

2. **Covered equipment**

   a.    **Covered equipment** means property, other than **contents**, covered under Part II -- PROPERTY:

       (1)    that generates, transmits or utilizes energy; or

       (2)    which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

   b.    None of the following is **covered equipment**:

       (1)    supporting structure, cabinet or compartment;

       (2)    insulating material;

       (3)    sewer piping, buried vessels or piping, or piping forming a part of a fire protective sprinkler system;

       (4)    water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

       (5)    kitchen or laundry appliances, other than those permanently installed, including but not limited to, refrigerator, dishwasher, oven, stove, clothes washer or clothes dryer; or

       (6)    electronic entertainment or computer equipment, including but not limited to:

           (a)    television equipment inclusive of plasma television equipment;

           (b)    stereo equipment; or

           (c)    any electronic component used with such electronic entertainment or computer equipment.

       **Covered equipment** does, however, include permanently installed wiring associated with such electronic entertainment or computer equipment.

3. **One accident** means: If an initial **accident** causes other **accidents**, all will be considered **one accident**. All **accidents** that are the result of the same event will be considered **one accident**.

## PROPERTY COVERAGES

1. We will pay for direct physical damage to **covered equipment** that is the result of an **accident** .

2. **Additional Living Expense**

   Coverage for Additional Living Expense, as provided under C. Additional Coverages, is extended to the coverage provided by this endorsement. We will pay up to $20,000 per **accident** under this coverage. We will not pay for any expense incurred by you beyond 30 days after the **accident** even if it takes more than 30 days to restore your residence to a habitable condition or for your household to permanently locate elsewhere.

## EXCLUSIONS

The following exclusions are added:

1. We will not pay under this endorsement for loss, damage or expense caused by or resulting from electrical power surge or brownout.

2. We do not cover under this endorsement any property that is not **covered equipment**.

## DEDUCTIBLE

The following deductible provision replaces any other deductible provision in the policy or on the Declarations Page with respect to loss covered under this endorsement.

In case of a loss under this endorsement, we will pay only for that part of the loss over $500. No other deductible applies to this coverage.

This deductible applies to the affected equipment regardless of any other deductible in this policy or any other policy. Your homeowner deductible will apply to any ensuing loss, but will be reduced by this deductible amount.

## CONDITIONS

The following conditions are added:

1. **Environmental, Safety and Efficiency Improvements**

   If **covered equipment** requires replacement due to an **accident**, we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

   However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits.

2. **Payment of a Loss**

   Losses under this endorsement will be settled as follows:

   a. Our payment for damaged **covered equipment** will be the smallest of:

      (1) The coverage limit shown for Equipment Breakdown;

      (2) The cost to repair the damaged **covered equipment**;

      (3) The cost to replace the damaged **covered equipment** on the same premises; or

      (4) The necessary amount actually spent to repair or replace the damaged **covered equipment**.

    b.      Except as described in Environmental, Safety and Efficiency Improvements above, you are responsible for the extra cost of replacing damaged **covered equipment** with property of a better kind or quality or of a different size or capacity.

    c.      If you do not repair or replace the damaged **covered equipment** within 24 months, after the date of the **accident**, then we will pay only the smaller of the:

        (1)    Cost it would have taken to repair at the time of the **accident;** or

        (2)    Actual cash value at the time of the **accident**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# HURRICANE DEDUCTIBLE

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location

6900 NW 87th Ave
Parkland, FL 33067

For the credit given, it is agreed and understood that **Part II. B. Payment of a Loss** , Item 3. Deductible is amended to include the following:

We will pay only that part of the total of hurricane loss to your **house, contents,** and  **other permanent structures** including additional coverages that exceed the hurricane deductible stated on your Declarations Page. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by hurricane. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by hurricane.

"Hurricane" means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service which:
  a.  Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;
  b. Continues for the period of time during which the hurricane conditions exist anywhere in Florida; and
  c. Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

The hurricane deductible will be applied on an annual basis to all hurricane losses that occur during the calendar year in any one of the policies issued by us or an American International Group member company for the same insured location.

For second and subsequent covered hurricane losses occurring in the same calendar year, the dollar amount of the hurricane deductible will be reduced by all deductible amounts applied toward prior covered losses during the same calendar year for the same insured location. The greater of the remaining hurricane deductible or the all other peril deductible will apply. The all other peril deductible will not be waived for a covered loss greater than $50,000.

If you have covered hurricane losses for this location in a calendar year under more than one policy issued by us or an American International Group member company, your hurricane deductible will be equal to the greatest dollar amount of any hurricane deductible in any one of the policies for this location.

You are required to report hurricane losses that are below the hurricane deductible in order to apply such hurricane losses to subsequent hurricane claims.

Includes copyrighted materials from Insurance Services Office, Inc. with its permission.

In the event there is a hurricane loss (or losses) during a calendar year and a lower hurricane deductible is then purchased under the new or renewal policy in the same calendar year, the lower hurricane deductible will not apply until January 1 of the following calendar year.

Includes copyrighted materials from Insurance Services Office, Inc. with its permission.

# IMPORTANT NOTICE REGARDING YOUR HOMEOWNERS POLICY

FLORIDA STATUTE INDICATES THAT "LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM.  WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES.  PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT"

## **FLOOD COVERAGE**

YOUR HOMEOWNERS INSURANCE POLICY DOES NOT  COVER PROPERTY DAMAGE  FROM FLOODS*.  A SEPARATE POLICY OF FLOOD INSURANCE MAY BE AVAILABLE TO COVER FLOOD DAMAGE FOR AN ADDITIONAL PREMIUM FROM THE FEDERAL GOVERNMENT.   TO OBTAIN  FURTHER  INFORMATION REGARDING THIS COVERAGE, PLEASE CALL THE NATIONAL FLOOD INSURANCE PROGRAM AT 1-800-611-6122.

*  FLOOD  IS DEFINED AS  A GENERAL AND TEMPORARY CONDITION  OF  PARTIAL  OR COMPLETE  COVER  OF NORMALLY DRY LAND AREA FROM:

- THE OVERFLOW OF INLAND OR TIDAL WATERS;

- THE  UNUSUAL AND RAPID ACCUMULATION  OR RUNOFF OF SURFACE WATERS FROM ANY SOURCE;

- MUDSLIDES (MUDFLOWS) THAT ARE PROXIMATELY CAUSED BY FLOODING AND ARE AKIN TO A RIVER OF LIQUID AND FLOWING MUD ON THE SURFACES OF NORMALLY DRY LAND AREAS, INCLUDING YOUR PREMISES, AS WHEN EARTH IS CARRIED BY A CURRENT OF WATER AND DEPOSITED ALONG THE PATH OF THE CURRENT.

## REBUILDING TO CODE (LAW AND ORDINANCE) COVERAGE

REBUILDING TO CODE (LAW AND ORDINANCE) COVERAGE PROVIDES EXTRA EXPENSES TO OBEY ANY LAW OR ORDINANCE THAT REGULATES THE REPAIR, REBUILDING OR DEMOLITION OF DAMAGED PROPERTY CAUSED BY A COVERED LOSS. YOUR POLICY PROVIDES A SUBLIMIT OF THIS COVERAGE. A HIGHER LIMIT IS AVAILABLE THAT YOU MAY WISH TO PURCHASE.

**PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT. WITHOUT THESE COVERAGES, YOU MAY HAVE UNCOVERED LOSSES.**

# IMPORTANT NOTICE REGARDING YOUR HOMEOWNERS POLICY

As respects the following location(s):

6900 NW 87th Ave
Parkland, FL 33067

YOUR HOMEOWNERS INSURANCE POLICY DOES <u>NOT</u> PROVIDE COVERAGE FOR PROPERTY DAMAGE CAUSED BY **FLOOD** .

**Flood**  means:

1. A general and temporary condition of partial or complete inundation of normally dry land area from:
   a. Overflow of inland or tidal waters;
   b. Unusual and rapid accumulation or runoff of surface waters from any source; or
   c. **Mudflow**. **Mudflow** means a river of liquid and flowing mud occurring on level or near-level surfaces of normally dry land areas that have not been affected by **landslide,** as when earth is carried by a current of water.  Other earth movements, such as **landslide**, slope failure, or a saturated soil mass moving by liquidity down a slope, are not **mudflows**.  **Landslide** means the rapid movement of a mass of soil downslope along a curved or planar failure surface, without deformation of the soil structure.

2. Collapse or subsidence of land along the shore of a lake or similar body of water as a result of erosion or undermining caused by waves or currents of water exceeding anticipated cyclical levels that result in a **flood** as defined in 1.a. above.

If you are interested in purchasing **Flood** Coverage on the residence(s) listed above, your agent or broker can facilitate this purchase on your behalf.  For further information, please contact your agent or broker.

PCHO-FLOOD**N**OT (09/06)

## Fraud SafeGuard<sup>SM</sup> Coverage

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

### SCHEDULE

|  | Limit of Insurance | Deductible |
|---|---|---|
| Fraud, Embezzlement or Forgery | $30,000.00  (each event)<br>$30,000.00  (each insured annual aggregate) | $2,500 |
| ATM Robbery | $2,500.00   (each insured)<br>$2,500.00   (each insured annual aggregate) | No deductible applies |
| Stolen Identity Event | $30,000.00  (each event)<br>$30,000.00  (each insured annual aggregate) | No deductible applies |

It is agreed and understood that **PART I - DEFINITIONS** has been amended to include the following:

**Forgery** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose. **Forgery** will result directly from **forgery** of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in money that are:

    a. Made or drawn by or drawn upon you or a **family member;** or

    b. Made or drawn by one acting as your or a **family member's** agent;

       or that are purported to have been so made or drawn.

**Fraud or embezzlement** means:

    a. An electronic, telegraphic, cable, teletype, telefacsimile, telephone, computer, or magnetic tape instruction which purports to have been transmitted by you or a **family member,** but which was in fact fraudulently transmitted by someone else without your or a **family member's** knowledge or consent;

    b. A written instruction issued by you or a **family member,** which was forged or altered by someone other than you or a **family member** without your or a **family member's** knowledge or consent, or which purports to have been issued by you or a **family member** but was in fact fraudulently issued without your or a **family member's** knowledge or consent; or

    c. Any other intentional perversion of truth by someone other than you or a **family member** perpetrated in order to induce you or a **family member** to part with something of value.

**Fraud Safeguard event** means **fraud, embezzlement, or forgery,** ATM robbery**,** or **stolen identity event** as set forth in this endorsement.

**Money** means:

    a. Currency, coins and bank notes in current use and having a face value; and

    b. Travelers checks, register checks and money orders.

**Other property** means and is limited to jewelry, precious metals, antiques, fine art, ceramics, furs, collectibles, and gemstones.

**Restoration Services** means those services performed in response to a **stolen identity event**, and on your or a **family member's,** behalf after receipt of authorization from you or a **family member**, including but not limited to:

1. Providing you or a **family member** with a package of information which includes a description of the resolution process, educational articles, and guidance for avoiding future complications.

2. Notifying the three major credit bureaus and providing assistance with requesting that a fraud alert be placed on your or a **family member's** credit files and affected credit accounts.

3. Reviewing your or a **family member's** credit files with you or a **family member** to determine the accuracy of the file and potential areas of fraud.

4. Notifying as needed, your or a **family member's** affected creditors, financial institutions, credit card companies, utility providers, and merchants of the identity fraud.

5. Providing information to the Federal Trade Commission (FTC), and to other government agencies as appropriate.

6. When appropriate, providing assistance with obtaining and reviewing your Social Security Personal Earnings and Benefits Statement.

7. Creating and maintaining a case file to document the identity fraud.

8. When appropriate, providing other assistance we might reasonably be able to offer you or a **family member** on a case by case basis, as determined in our sole and absolute discretion.

We reserve the right to refuse or terminate the provision of restoration services where you or a **family member** are deemed to be committing fraud or other illegal acts, making untrue statements, or failing to perform your or the **family member's** portion of the recovery plan.

**Robbery** means the unlawful taking of property from the care and custody of a person, accomplished by means of force or fear.

**Securities** mean negotiable and non-negotiable instruments or contracts representing either **money** or property**.**

**Stolen identity event** means the illegal use of your or a **family member's** name, social security number, or other method of identity without permission.

It is agreed and understood that **PART III - LIABILITY** has been amended to include the following:

**FRAUD SAFEGUARD**

**Insuring Agreements**

**A. Fraud, Embezzlement or Forgery**

We will pay you or a **family member** for loss of **money, securities,** or **other property** up to the applicable Limits of Insurance shown in the schedule, resulting directly from **fraud, embezzlement, or forgery** perpetrated against you or a **family member** during the Policy Period. The loss must be discovered not later than ninety (90) days from the end of the Policy Period.

**B. ATM Robbery**

We will pay you or a **family member**, up to the applicable Limits of Insurance shown in the schedule, for loss of **money** resulting directly from a **robbery** that occurs within 100 feet from an Automatic Teller Machine (ATM), immediately after withdrawing such **monies** from the same ATM. This coverage does not apply to any other loss of money or valuables in your or a family member's possession resulting from the robbery.

## C. Stolen Identity Event

We will pay Costs and Legal Costs, as set forth below in Payment of Loss for a **stolen identity event**, up to the applicable Limits of Insurance shown in the schedule, including a **stolen identity event** occurring on or arising out of the use of the Internet. The **stolen identity event** must occur and be discovered during the Policy Period.

### 1. Payment of Loss For A Stolen Identity Event

#### a.    Costs

1. Costs incurred by you or a **family member** for re-filing applications for loans, grants, other credit or debt instruments that are rejected solely because the lender received from any source incorrect information as a result of a **stolen identity event**;

2. Costs for notarizing affidavits or other similar documents, long distance telephone calls, and postage reasonably incurred as a result of your or a **family member's** efforts to report a **stolen identity event** or amend or rectify records as to your or a **family member's** true name or identity as a result of a **stolen identity event**;

3. Costs incurred by you or a **family member** for a maximum of six (6) credit reports from an entity approved by us. The first credit report may not be requested until after the discovery of a **stolen identity event**;

4. Costs for contesting the accuracy or completeness of any information contained in a credit report following a **stolen identity event**;

5. Actual lost wages not to exceed $10,000 that would have been earned in the United States, whether partial or whole days, for time reasonably and necessarily taken off work and away from your or a **family member's** work premises solely as a result of your or a **family member's** efforts to amend or rectify records as to your or a **family member's** true name or identity as a result of a **stolen identity event**. Actual lost wages includes remuneration for vacation days, discretionary days, floating holidays, and paid personal days but not for sick days or any cost arising from time taken from self-employment.  Coverage is limited to wages lost within twelve (12) months after your or a **family member's** discovery of a **stolen identity event** and is limited also to the applicable Aggregate Limits of Insurance shown in the schedule.

#### b. Legal Costs

Costs for reasonable fees for an attorney appointed by us and related court fees, incurred by you or a **family member** with our consent, for:

1. Any legal action brought against you or a **family member** by a creditor or collection agency or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan as a result of a **stolen identity event**;

2. Removing any civil judgment wrongfully entered against you or a **family member** as a result of a **stolen identity event**; and

3. Criminal defense for charges brought against you or a **family member** as a result of a **stolen identity event**.

### 2. Additional Coverage - Stolen Identity Event

Restoration Services

We will provide you or a **family member** with **restoration services** after a **stolen identity event**. The **stolen identity event** must occur during the Policy Period.  Restoration services expenses do not reduce the amount of limit available under Payment of a Loss for a **stolen identity event**.

**Special Limits of Insurance**

1. We will only pay the amount of loss in excess of any applicable Deductible, up to the applicable Limit of Insurance shown in the schedule for that coverage.

2. The most we will pay each **insured** for all loss resulting from **fraud, embezzlement, or forgery** is the Fraud, Embezzlement, or Forgery Each Insured Aggregate Limit shown in the schedule.

3. The most we will pay each insured for all loss resulting from a **stolen identity event** is the Stolen Identity Each Insured Aggregate Limit shown in the schedule.

4. The most we will pay each insured for all loss resulting from an ATM Robbery is the ATM Robbery Each Insured Aggregate Limit shown in the schedule.

5. All loss arising from continuous, repeated, or related **fraud safeguard events** will be treated as one **fraud safeguard event.**

6. The most we will pay for any loss is the applicable Limit of Insurance. If, however, a loss:

   a) Exceeds the applicable Limit of Insurance; and
   b) There is more than one **insured person** claiming a loss; and
   c) The combined loss is greater than the Limit of Insurance for any one **insured person**; and
   d) The affected **insured persons** can reasonably demonstrate joint ownership of the **money, securities,** or **other property;**

   we will pay each **insured person** up to the applicable Limit of Insurance for **money, securities, or other property,** until the loss is satisfied, but under no circumstance will we pay:

   a) more than the adjusted value of the **money, securities,** or **other property;** or
   b) each **insured person** for the same **money, securities** or **other property,** or portion thereof.

7. We will not pay for loss for any occurrence of **fraud, embezzlement, or forgery** until the amount of loss exceeds the Fraud, Embezzlement, or Forgery Deductible shown in the schedule. A separate Fraud, Embezzlement, or Forgery Deductible will apply to each insured.

It is agreed and understood that **PART III - LIABILITY,** Exclusions, has been amended to include the following:

As respects FRAUD SAFEGUARD coverage provided by this endorsement:

This insurance does not provide coverage for liability, defense costs or any other cost or expense for:

1. Intentional Loss

   We do not cover any loss for any act committed at your or a **family member's** direction or with your or a **family member's** knowledge.

2. Dishonest Acts

   We do not cover any loss arising out of any dishonest or criminal act by you or a **family member**.

3. Confiscation

   We do not cover any loss caused by the confiscation, destruction, or seizure of property by any government or public entity or their authorized representative.

4. Computer Error

   We do not cover any loss resulting from an error in computer programming or error in instructions to a computer.

5. Business Or Professional Services

   We do not cover any loss arising out of a **business** or professional service engaged in by you or a **family member**.

6. **Property Damage, Bodily Injury**, or **Personal Injury**.

   We do not cover any **bodily injury**, **property damage**, or **personal injury.**

7. Financial Guarantees

   We do not cover any guarantee of the financial performance of any financial instrument or investment vehicle.

8. Indirect Loss

   We do not cover any loss that is an indirect result of any **fraud guard event** including but not limited to:

   1. Your or a **family member's** inability to realize income that you would have realized had there been no loss or damage to **money, securities,** or  **other property;**

   2. Payment of damages of any type for which you or a **family member** are legally liable;  or

   3. Payment of costs, fees or other expenses you or a **family member** incur in establishing either the existence or the amount of loss under this endorsement other than those set forth under this endorsement.

9. Legal Expenses

   Expenses related to any legal action, except as set forth in this endorsement related to a **stolen identity event.**

10. Games of Chance

    Any loss resulting from any game of chance.

11. Forgeries

    Any **forgery** that is electronic, digital, or mechanical.

12. Service Disputes

    Any loss arising out of any dispute or disagreement concerning the quality of goods or services unless the loss arises out of **fraud, embezzlement, or forgery**.

13. Not-for-Profit Organizations

    Any loss arising out of the giving of any contribution, donation, restricted gift, or payment of any kind to any not-for-profit organization.

14. Investment Loss Due to Corporate Fraud

    We do not cover any loss due to the change in value of **securities** issued by a business where loss results directly or indirectly from or alleges or involves in any manner whatsoever, **fraud, embezzlement or forgery** by the business including but not limited to its Directors or Officers, which issued the **securities**.

It is agreed and understood that **PART IV - CONDITIONS** has been amended to include the following:

A. Your or a **Family Member's** Duties After a **Fraud Safeguard Event**

   In the event of a  **Fraud Safeguard Event** or loss you or a **family member** must:

   1. Notify the police if a law may have been broken;

   2. Provide us with a police report or a report that was submitted to the appropriate civil authorities;

   3. Give us prompt notice of the loss;

   4. Take action to avoid future loss, including securing any **residence**, safeguarding your or a **family member's** assets and ending your or a **family member's** business relationship with any one responsible for a **Fraud Safeguard Event;**

5. As soon as possible, give us a description of how, when, and where the loss occurred and a description of the loss, including a description of **money**, **securities**, and **other property**;

6. If requested, permit us to question you and **family members** under oath at such times as may be reasonably required, about any matter relating to this insurance or your or a **family member's** claim, including inspection of your or a **family member's** books and records. In such event**,** your or a **family member's** statement containing your or a **family member's** answers will be signed;

7. Send us a signed, sworn proof of loss or affidavit containing the information we request to investigate the claim. You or a **family member** will do this within thirty (30) days after our request. We will supply you or a **family member** with the necessary forms;

8. In the event of a credit card loss, in addition to all of the above, you or a **family member** will notify the credit card service company or the issuing bank immediately, but in no event no later than two (2) business days after discovery;

9. Upon discovery of an event of a loss involving an electronic fund transfer, in addition to all of the above, you or a **family member** will notify the service providers and financial institutions involved in the transfer immediately, but in no event no later than two (2) business days after discovery;

10. You or a **family member** must cooperate with us in investigating, evaluating and settling a claim and help us:

    a. Enforce any legal rights you, a **family member** or we may have against anyone who may be liable to you or a **family member**;

    b. Attend depositions, hearings and trials; and

    c. Secure and give evidence, and obtain the attendance of witnesses; and

11. We reserve the right to request any other reasonable document or action of you or a **family member**.

B. Valuation

1. Securities

   In the event of a loss of **securities**, we may elect to pay you or a **family member** the cost of replacing such **securities**, determined by the market value at the time of such settlement. We will not be liable for more than the actual cash value of the **securities** at the close of business on the business day preceding the day on which the loss was discovered. If our payment is not sufficient to indemnify you or a **family member** in full for the loss of **securities**, our liability is limited to the replacement of or the payment for such **securities** whichever is less, but in no event will the payment be more than the applicable Limit of Insurance.

2. Foreign Currency

   In the event of a loss of foreign currency, we will be liable for the United States dollar equivalent at the exchange rate published in the Wall Street Journal on the day of the discovery of the loss.

3. Other Property

   In event of loss of **other property**, we will not be liable for more than the actual cash value of the **other property** on the date of the discovery of the loss, or for more than the actual cost of repairing or of replacing such property with property or material of like quality and value.

# IMPORTANT NOTICE

## MANDATORY HURRICANE COVERAGE DEDUCTIBLE

As respects the following location:

6900 NW 87th Ave
Parkland, FL 33067

Your policy includes a separate deductible for losses due to the peril of hurricane. We will pay only that part of the total that exceeds the hurricane deductible stated in your Declarations Page. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by hurricane. The hurricane deductible will be applied on an annual basis to all hurricane losses that occur during the calendar year in any of the policies issued by us or an American International Group member company for the same insured location.

If your hurricane deductible is referenced as a percentage, then the dollar amount of your hurricane deductible is calculated by multiplying the specific percentage by the coverage limit for your **Homeowners** for this location listed in your Declarations Page.

For second and subsequent covered hurricane losses occurring in the same calendar year, the dollar amount of the hurricane deductible will be reduced by all hurricane deductible amounts applied toward prior covered hurricane losses during the same calendar year for the same insured location. The greater of the remaining hurricane deductible or the all other peril deductible will apply. The all other peril deductible will not be waived for a covered loss greater than $50,000.

If you have covered hurricane losses for this location in a calendar year under more than one policy issued by us or an American International Group member company, your hurricane deductible will be equal to the greatest dollar amount of any hurricane deductible in any one of the policies for this location.

You are required to report hurricane losses that are below the hurricane deductible in order to apply such hurricane losses to subsequent hurricane claims.

In the event there is a hurricane loss (or losses) during a calendar year and a lower hurricane deductible is then purchased under the new or renewal policy in the same calendar year, the lower hurricane deductible will not apply until January 1 of the following calendar year.

PCHO-HDNOT (06/05)

# HURRICANE PROTECTIVE DEVICES

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location

6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that for a premium credit, **Part IV.  CONDITIONS**  is amended to include the following:

**Hurricane Protective Devices**

You have indicated to us that your **residence**  is equipped with hurricane protective devices.   We acknowledge the necessity and benefit of storm shutters, plywood and other attachable coverings reported by you and used for protective purposes.

You agree to:
1. Maintain each storm shutter or other storm protective device in working order on all exterior glass and skylights of your **residence** ;
2. Close and secure all storm shutters or other storm protective devices beginning at the issuance of a hurricane watch or warning by the National Hurricane Center covering  the area where your **residence** is located and remain secure until  the National Hurricane Center discontinues the hurricane watch or warning;
3. Inform us promptly of the alteration, disablement, replacement, or removal of, or significant damage to, any storm shutter or other storm protective device; and
4. Inform us promptly of any alterations or additions to existing property owned by you or the construction of any new property owned by you at your **residence** .

If the storm  shutters, plywood and other attachable coverings which were represented  to us as being utilized for protective purposes are not maintained or applied properly, as stated above, in preparation for a hurricane loss, we reserve the right to discontinue the benefit of this endorsement, including any related premium credit or premium reduction.

Includes copyrighted materials from Insurance Services Office, Inc. with its permission.

PCHO-HPD (06/05)

## INCREASED ENSUING FUNGI OR BACTERIA COVERAGE

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):
6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that:

**PART II - PROPERTY C. Additional Coverages** Ensuing **Fungi** or Bacteria, is deleted and replaced with the following:

Ensuing **Fungi** or Bacteria

We will pay up to $50,000 in total for loss to your **house, contents** and **other permanent structures** caused by **fungi** or bacteria resulting from a covered loss, including:

1. The cost to remove, clean-up, remediate, contain, treat, detoxify, neutralize, **fungi** or bacteria;

2. The cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi** or bacteria;

3. The cost of testing or monitoring of air or property to confirm the absence, presence or level of **fungi** or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi** or bacteria; and

4. Up to $5,000 for the reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your **residence** is un-inhabitable. Payment will continue for the shortest period of time necessary to restore your **residence** to a habitable condition.

This is the most we will pay regardless of the number of occurrences, the number of locations insured, or the number of claims made. We will not make any additional payments for ensuing **fungi** or bacteria under any other Additional Coverage.

These payments do not increase the amount of coverage.

## Notice of Premium Discounts for Hurricane Loss Mitigation

### *** Important Information ***
#### About Your Personal Residential Insurance Policy

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane-wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

Sincerely,

AIG Private Client Group

**What factors are considered in establishing my premium?**

<u>Your location:</u> The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes the hurricane-wind premium higher than for similar homes in other areas of the state.

<u>Your policy:</u> Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

<u>Your deductible:</u> Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible your out- of-pocket expenses in the event of a hurricane claim will be higher.

<u>Improvements to your home</u>: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

<u>Your maximum discount</u>: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 90%.

**How can I take advantage of the discounts?**

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and legally verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications contact your Insurance agent or insurance company.

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home.  The example is based on your hurricane-wind premium* of $6,500 which is part of your total annual premium of $ 10,000.  Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.

* Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.

### Homes built prior to the 2001 building code

| Description of Feature | Estimated* Premium Discount Percent | | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|---|
| **Roof Covering (i.e., shingles or tiles)** | | | |
| ▪ Meets the Florida Building Code | Average: | 5% | $455 |
| | Max: | 9% | $910 |
| ▪ Reinforced Concrete Roof Deck. (If this feature is installed on your home you most likely will not qualify for any other discount.) | Average: | 17% | $1690 |
| | Max: | 31% | $3120 |
| **How Your Roof is Attached** | | | |
| ▪ Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | None | | |
| ▪ Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | Average: | 8% | $845 |
| | Max: | 23% | $2275 |
| ▪ Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood | Average: | 8% | $845 |
| | Max: | 28% | $2795 |
| **Roof-to-Wall Connection** | | | |
| ▪ Using "Toe Nails" - defined as 3 nails driven at an angle through the rafter and into the top roof. | None | | |
| ▪ Using Clips  - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud | Average: | 11% | $1105 |
| | Max: | 34% | $3380 |
| ▪ Using Single Wraps - a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | Average: | 13% | $1300 |
| | Max: | 36% | $3640 |
| ▪ Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | Average: | 13% | $1300 |
| | Max: | 37% | $3705 |
| **Roof Shape** | | | |
| ▪ Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid). | Average: | 9% | $910 |
| | Max: | 31% | $3055 |
| ▪ Other | | | |

| | | |
|---|---|---|
| **Secondary Water Resistance (SWR)**<br>▪ SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off.<br><br>▪ No SWR | Average:    3%<br>Max:    10% | $260<br>$1040 |
| **Shutters**<br>▪ None<br><br>▪ Intermediate Type -shutters that are strong enough to meet half the old Miami-Dade building code standards<br><br>▪ Hurricane Protection Type -- shutters that are strong enough to meet the current Miami-Dade building code standards | <br><br>Average:    10%<br>Max:    25%<br><br>Average:    13%<br>Max:    31% | <br><br>$1040<br>$2470<br><br>$1300<br>$3120 |

\* Estimate is based on information currently on file and the actual amount may vary.

### Homes built under the 2001 building code or later

| Description of Feature | Estimated\* Premium Discount Percent | Estimated\* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Homes built under the 2001 Florida Building Code or later edition (also including the 1994 South Florida Building Code for homes in Miami-Dade and Broward Counties) are eligible for a minimum 68% discount on the hurricane-wind portion of your premium. You may be eligible for greater discount if other mitigation features are installed on your home. | Minimum: 44% | $4420 |
| **Shutters**<br>▪ None<br><br>▪ Intermediate Type -shutters that are strong enough to meet half the old Miami-Dade building code standards<br><br>▪ Hurricane Protection Type -- shutters that are strong enough to meet the current Miami-Dade building code standards | <br><br>Average:    3%<br>Max:    5% | <br><br>$260<br>$520 |
| **Roof Shape**<br>▪ Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid).<br><br>▪ Other | Average:    3%<br>Max:    7% | $260<br>$650 |

\* Estimate is based on information currently on file and the actual amount may vary.

Alternately and regardless of the year of construction, if you meet the minimum fixture and construction requirements of the 2001 Florida Building Code you have the option to reduce your hurricane-wind deductible from 10% to 2%.

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your insurance agent or the insurance company at 1-800-613-5207.

## NOTICE OF AVAILABILITY OF REBUILDING TO CODE
## (LAW AND ORDINANCE) COVERAGE OPTIONS
## FLORIDA

**THIS NOTICE OF AVAILABILITY PROVIDES YOU WITH INFORMATION REGARDING COVERAGE OPTIONS AVAILABLE FOR REBUILDING TO CODE (LAW AND ORDINANCE) COVERAGE.**

As respects the following location:

6900 NW 87th Ave
Parkland, FL 33067

Rebuilding to Code (Law and Ordinance) coverage is an important coverage that provides extra expenses to obey any law or ordinance that regulates the repair, rebuilding or demolition of damaged property caused by a covered loss.

Florida law requires that Homeowner policies offer coverage to meet applicable laws and ordinances limited to either 25% or 50% of the **house** coverage shown on the Declarations Page, as selected by the policyholder. Such coverage shall apply only to repairs of the damaged portion of the **house or other permanent structure** unless the total damage to the **house or other permanent structure** exceeds 50% of the replacement cost of the **house or other permanent structure**.

Your policy provides Rebuilding to Code (Law and Ordinance) coverage of up to 30% of the amount of **house** coverage shown on the Declarations Page. In order to comply with Florida law, this Notice of Availability provides you with the option to purchase coverage equal to 50% of the amount of **house** coverage shown on the Declarations Page. In addition, you have the option, for a premium credit, to reduce coverage to 25% of the amount of **house** coverage shown on the Declarations Page.

Please note that Rebuilding to Code (Law and Ordinance) coverage does not apply to tenant policies.

To purchase an option of Rebuilding to Code (Law and Ordinance) coverage other than the 30% provided by the policy, please make your selection below and return this form to your insurance agent. Please note that additional premium will be applied to your policy if you select an increase in Rebuilding to Code (Law and Ordinance) coverage.

If you do not select either the 25% or 50% Rebuilding to Code (Law and Ordinance) coverage option, your policy will provide Rebuilding to Code (Law and Ordinance) coverage equal to 30% of the **house** coverage as shown on your Declarations Page. For renewals, this coverage will be equal to the percentage amount indicated on your expired policy.

You also have the option to reject Rebuilding to Code (Law and Ordinance) coverage entirely. If you reject Rebuilding to Code (Law and Ordinance) coverage below, you will receive a premium credit.

_____I hereby elect Rebuilding to Code (Law and Ordinance) coverage equal to 50% of the **house** limit as shown on the Declarations Page.*

_____I hereby elect Rebuilding to Code (Law and Ordinance) coverage equal to 25% of the **house** limit as shown on the Declarations Page.*

_____I hereby **reject** Rebuilding to Code (Law and Ordinance) coverage entirely. **I understand that in the event of a loss, my policy will not provide any coverage for rebuilding to code (law and ordinance).**

* Choosing this percentage limit constitutes rejection of the other percentage limits available.

| Insured's Printed Name: | |
|---|---|
| Insured's Signature: | Date: |

PCHO-LONOA-FL (06/17)   © **American International Group, Inc. All rights reserved.**
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

## NOTICE OF AVAILABILITY OF REBUILDING TO CODE
## (LAW AND ORDINANCE) COVERAGE OPTIONS
## FLORIDA

**THIS NOTICE OF AVAILABILITY PROVIDES YOU WITH INFORMATION REGARDING COVERAGE OPTIONS AVAILABLE FOR REBUILDING TO CODE (LAW AND ORDINANCE) COVERAGE.**

As respects the following location:

6900 NW 87th Ave
Parkland, FL 33067

Rebuilding to Code (Law and Ordinance) coverage is an important coverage that provides extra expenses to obey any law or ordinance that regulates the repair, rebuilding or demolition of damaged property caused by a covered loss.

Florida law requires that Homeowner policies offer coverage to meet applicable laws and ordinances limited to either 25% or 50% of the **house** coverage shown on the Declarations Page, as selected by the policyholder. Such coverage shall apply only to repairs of the damaged portion of the **house or other permanent structure** unless the total damage to the **house or other permanent structure** exceeds 50% of the replacement cost of the **house or other permanent structure**.

Your policy provides Rebuilding to Code (Law and Ordinance) coverage of up to 30% of the amount of **house** coverage shown on the Declarations Page. In order to comply with Florida law, this Notice of Availability provides you with the option to purchase coverage equal to 50% of the amount of **house** coverage shown on the Declarations Page. In addition, you have the option, for a premium credit, to reduce coverage to 25% of the amount of **house** coverage shown on the Declarations Page.

Please note that Rebuilding to Code (Law and Ordinance) coverage does not apply to tenant policies.

To purchase an option of Rebuilding to Code (Law and Ordinance) coverage other than the 30% provided by the policy, please make your selection below and return this form to your insurance agent. Please note that additional premium will be applied to your policy if you select an increase in Rebuilding to Code (Law and Ordinance) coverage.

If you do not select either the 25% or 50% Rebuilding to Code (Law and Ordinance) coverage option, your policy will provide Rebuilding to Code (Law and Ordinance) coverage equal to 30% of the **house** coverage as shown on your Declarations Page. For renewals, this coverage will be equal to the percentage amount indicated on your expired policy.

You also have the option to reject Rebuilding to Code (Law and Ordinance) coverage entirely. If you reject Rebuilding to Code (Law and Ordinance) coverage below, you will receive a premium credit.

_____I hereby elect Rebuilding to Code (Law and Ordinance) coverage equal to 50% of the **house** limit as shown on the Declarations Page.*

_____I hereby elect Rebuilding to Code (Law and Ordinance) coverage equal to 25% of the **house** limit as shown on the Declarations Page.*

_____I hereby **reject** Rebuilding to Code (Law and Ordinance) coverage entirely. **I understand that in the event of a loss, my policy will not provide any coverage for rebuilding to code (law and ordinance).**

* Choosing this percentage limit constitutes rejection of the other percentage limits available.

| Insured's Printed Name: | |
|---|---|
| Insured's Signature: | Date: |

PCHO-LONOA-FL (06/17)    © **American International Group, Inc. All rights reserved.**
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

## Uniform Mitigation Verification Inspection Form

Maintain a copy of this form and any documentation provided with the insurance policy

| Inspection Date: | | | |
|---|---|---|---|
| **Owner Information** | | | |
| Owner Name: | | Contact Person: | |
| Address: | | Home Phone: | |
| City: | Zip: | Work Phone: | |
| County: | | Cell Phone: | |
| Insurance Company: | | Policy #: | |
| Year of Home: | # of Stories: | Email: | |

**NOTE:** Any documentation used in validating the compliance or existence of each construction or mitigation attribute must accompany this form. At least one photograph must accompany this form to validate each attribute marked in questions 3 though 7. The insurer may ask additional questions regarding the mitigated feature(s) verified on this form

1. **Building Code:** Was the structure built in compliance with the Florida Building Code (FBC 2001 or later) OR for homes located in the HVHZ (Miami-Dade or Broward counties), South Florida Building Code (SFBC-94)?

   ☐ A. Built in compliance with the FBC: Year Built _____. For homes built in 2002/2003 provide a permit application with a date after 3/1/2002: Building Permit Application Date (MM/DD/YYYY) ____/____/_____

   ☐ B. For the HVHZ Only: Built in compliance with the SFBC-94: Year Built _____. For homes built in 1994, 1995, and 1996 provide a permit application with a date after 9/1/1994: Building Permit Application Date (MM/DD/YYYY) ____/____/_____

   ☐ C. Unknown or does not meet the requirements of Answer "A" or "B"

2. **Roof Covering:** Select all roof covering types in use. Provide the permit application date OR FBC/MDC Product Approval number OR Year of Original Installation/Replacement OR indicate that no information was available to verify compliance for each roof covering identified.

| 2.1 Roof Covering Type: | Permit Application Date | FBC or MDC Product Approval# | Year of Original Installation or Replacement | No Information Provided for Compliance |
|---|---|---|---|---|
| ☐ 1. Asphalt Fiberglass Shingle | ___/___/_____ | | | ☐ |
| ☐ 2. Concrete/Clay Tile | ___/___/_____ | | | ☐ |
| ☐ 3. Metal | ___/___/_____ | | | ☐ |
| ☐ 4. Built Up | ___/___/_____ | | | ☐ |
| ☐ 5. Membrane | ___/___/_____ | | | ☐ |
| ☐ 6. Other _____ | ___/___/_____ | | | ☐ |

   ☐ A. All roof coverings listed above meet the FBC with a FBC or Miami-Dade Product Approval listing current at time of installation OR have a roofing permit application date on or after 3/1/02 OR the roof is original and built in 2004 or later

   ☐ B. All roof coverings have a Miami-Dade Product Approval listing current at time of installation OR ( for the HVHZ only) a roofing permit application after 9/1/1994 and before 3/1/2002 OR the roof is original nd built in 1997 or later.

   ☐ C. One or more roof coverings do not meet the requirements of Answer "A" or "B".

   ☐ D. No roof coverings meet the requirements of Answer "A" or "B".

3. **Roof Deck Attachment:** What is the **weakest** form of roof deck attachment?

   ☐ A. Plywood/Oriented strand board (OSB) roof sheathing attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by staples or 6d nails spaced at 6" along the edge and 12" in the field. -OR- Batten decking supporting wood shakes or wood shingles. -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that has an equivalent mean uplift less than that required for Options B or C below.

Inspectors Initials_____ Property Address _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

☐ B. Plywood/OSB roof sheathing with a minimum thickness of 7/16" inch attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by 8d common nails spaced a maximum of 12" inches in the field.-OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that is shown to have an equivalent or greater resistance than 8d nails spaced a maximum of 12 inches in the field or has a mean uplift resistance of at least 103 psf.

☐ C. Plywood/OSB roof sheathing with a minimum thickness of 7/16" inch attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by 8d common nails spaced 6" inches in the field. -OR- Dimensional lumber/Tongue & Groove decking with a minimum of 2 nails per board (or 1 nail per board is equal to or less than 6 inches in width). -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that is shown to have an equivalent or greater resistance than 8d common nails spaced a maximum of 6 inches in the field or has a mean uplift resistance of at least 182 psf.

☐ D. Reinforced Concrete Roof Deck.

☐ E. Other: _____

☐ F. Unknown or unidentified.

☐ G. No attic access.

**4. Roof to Wall Attachment:** What is the **WEAKEST** roof to wall connection? (Do not include attachment of hip/valley jacks within 5 feet of the inside or outside corner of the roof in determination of WEAKEST type.

☐ A. Toe Nails

   ☐ Truss/rafter anchored to top plate of wall using nails driven at an angle through the truss/rafter and attached to the top plate of the wall, or

   ☐ Metal connectors that do not meet the minimal conditions or requirements of B, C, or D

**Minimal conditions to qualify for categories B, C, or D. All visible metal connectors are:**

   ☐ Secured to truss/rafter with a minimum of three (3) nails, **and**

   ☐ Attached to the wall top plate of wall framing, or embedded in the bond beam, with less than a ½" gap from the blocking or truss/rafter **and** blocked no more than 1.5" of the truss/rafter, **and** free of visible severe corrosion.

☐ B. Clips

   ☐ Metal connectors that do not wrap over the top of the truss/rafter, **or**

   ☐ Metal connectors with a minimum of 1 strap that wraps over the top of the truss/rafter and does not meet the nail position requirements of C or D, but is secured with a minimum of 3 nails.

☐ C. Single Wraps

   Metal connectors consisting of a single strap that wraps over the top of the truss/rafter and is secured with a minimum of 2 nails on the front side and a minimum of 1 nail on the opposing side.

☐ D. Double Wraps

   ☐ Metal Connectors consisting of 2 separate straps that are attached to the wall frame, or embedded in the bond beam, on either side of the truss/rafter where each strap wraps over the top of the truss/rafter and is secured with a minimum of 2 nails on the front side, and a minimum of 1 nail on the opposing side, **or**

   ☐ Metal connectors consisting of a single strap that wraps over the top of the truss/rafter, is secured to the wall on both sides, and is secured to the top plate with a minimum of three nails on each side.

☐ E. Structural    Anchor bolts structurally connected or reinforced concrete roof.

☐ F. Other: _____

☐ G. Unknown or unidentified

☐ H. No attic access

**Inspectors Initials**_____**Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

5. **Roof Geometry:** What is the roof shape? (Do not consider roofs of porches or carports that are attached only to the fascia or wall of the host structure over unenclosed space in the determination of roof perimeter or roof area for roof geometry classification.)

☐ A. Hip Roof   Hip roof with no other roof shapes greater than 10% of the total building perimeter.

Total length of non-hip features: _____ feet;

Total roof system perimeter: _____ feet

☐ B. Flat Roof   Roof on a building with 5 or more units where at least 90% of the main roof area has a roof slope of less than 2:12. Roof area with slope less than 2:12 _____ sq ft; Total roof area _____ sq ft

☐ C. Other Roof   Any roof that does not qualify as either (A) or (B) above.

6. **Secondary Water Resistance (SWR):** (standard underlayments or hot-mopped felts do not qualify as an SWR)

☐ A. SWR (also called Sealed Roof Deck) Self-adhering polymer modified-bitumen roofing underlayment applied directly to the sheathing or foam adhesive SWR barrier (not foamed-on insulation) applied as a supplemental means to protect the dwelling from water intrusion in the event of roof covering loss.

☐ B. No SWR.

☐ C. Unknown or undetermined.

7. **Opening Protection:** What is the <u>weakest</u> form of wind borne debris protection installed on the structure? **First,** use the table to determine the weakest form of protection for each category of opening. **Second,** (a) check one answer below (A, B, C, N, or X) based upon the lowest protection level for ALL Glazed openings **and** (b) check the protection level for all Non-Glazed openings (.1, .2, or .3) as applicable.

| **Opening Protection Level Chart** Place an "X" in each row to identify all forms of protection in use for each opening type. Check only one answer below (A thru X), based on the weakest form of protection (lowest row) for any of the Glazed openings and indicate the weakest form of protection (lowest row) for Non-Glazed openings. | **Glazed Openings** | | | | **Non-Glazed Openings** | |
|---|---|---|---|---|---|---|
| | Windows or entry Doors | Garage Doors | Skylights | Glass Block | Entry Doors | Garage Doors |
| **N/A** Not Applicable- there are no openings of this type on the structure | | | | | | |
| **A** Verified cyclic pressure & large missile (9-lb for windows doors/4.5 lb for skylights) | | | | | | |
| **B** Verified cyclic pressure & large missile (4-8 lb for windows doors/2 lb for skylights) | | | | | | |
| **C** Verified plywood/OSB meeting Table 1609.1.2 of the FBC 2007 | | | | | | |
| **D** Verified Non-Glazed Entry or Garage doors indicating compliance with ASTM E 330, ANSI/DASMA 108, or PA/TAS 202 for wind pressure resistance | | | | | | |
| **N** Opening Protection products that appear to be A or B but are not verified | | | | | | |
| Other protective coverings that cannot be identified as A, B, or C | | | | | | |
| **X** No Windborne Debris Protection | | | | | | |

☐ **A. Exterior Openings Cyclic Pressure and 9-lb Large Missile (4.5 lb for skylights only)** All Glazed openings are protected at a minimum, with impact resistant coverings or products listed as wind borne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact" (Level A in the table above).

- Miami-Dade County PA 201, 202, **and** 203
- Florida Building Code Testing Application Standard (TAS) 201, 202, **and** 203
- American Society for Testing and Materials (ASTM) E 1886 **and** ASTM E 1996
- Southern Standards Technical Document (SSTD) 12
- For Skylights Only: ASTM E 1886 **and** ASTM E 1996
- For Garage Doors Only: ANSI/DASMA 115

**Inspectors Initials** _____ **Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

☐ A.1 All Non-Glazed openings classified as A in the table above, or no Non-Glazed openings exist

☐ A.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level B, C, N, or X in the table above

☐ A.3 One or More Non-Glazed Openings is classified as Level B, C, N, or X in the table above

☐ **B. Exterior Opening Protection- Cyclic Pressure and 4 to 8-lb Large Missile (2-4.5 lb for skylights only)** All Glazed openings are protected, at a minimum, with impact resistant coverings or products listed as windborne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact" (Level B in the table above):

- ASTM E 1886 **and** ASTM E 1996 (Large Missile - 4.5lb.)
- SSTD 12 (Large Missile – 4 lb. to 8 lb.)
- For Skylights Only: ASTM E 1886 **and** ASTM E 1996 (Large Missile - 2 to 4.5 lb.)

☐ B.1 All Non-Glazed openings classified as A or B in the table above, or no Non-Glazed openings exist

☐ B.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level C, N, or X in the table above

☐ B.3 One or More Non-Glazed openings is classified as Level C, N, or X in the table above

☐ **C. Exterior Opening Protection- Wood Structural Panels meeting FBC 2007** All Glazed openings are covered with plywood/OSB meeting the requirements of Table 1609.1.2 of the FBC 2007 (Level C in the table above).

☐ C.1 All Non-Glazed openings classified as A, B, or C in the table above, or no Non-Glazed openings exist

☐ C.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level N or X in the table above

☐ C.3 One or More Non-Glazed openings is classified as Level N or X in the table above

☐ **N. Exterior Opening Protection (unverified shutter systems with no documentation)** All Glazed openings are protected with protective coverings not meeting the requirements of Answer "A", "B", or "C" or systems that appear to meet Answer "A" or "B" with no documentation of compliance (Level N in the table above).

☐ N.1 All Non-Glazed openings classified as Level A, B, C, or N in the table above, or no Non-Glazed openings exist

☐ N.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level X in the table above

☐ N.3 One or More Non-Glazed openings is classified as Level X in the table above.

☐ **X. None or Some Glazed Openings**  One or more Glazed openings classified and Level X in the table above.

| _**MITIGATION INSPECTIONS MUST BE CERTIFIED BY A QUALIFIED INSPECTOR.**_ | | |
|---|---|---|
| _**Section 627.711(2), Florida Statutes, provides a listing of individuals who may sign this form.**_ | | |
| Qualified Inspector Name: | License Type: | License or Certificate #: |
| Inspection Company: | | Phone: |

**Inspectors Initials**_____ **Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

**Qualified Inspector - I hold an active license as a: (check one)**

☐ Home inspector licensed under Section 468.8314, Florida Statutes who has completed the statutory number of hours of hurricane mitigation training approved by the Construction Industry Licensing Board and completion of a proficiency exam.

☐ Building code inspector certified under Section 468.607, Florida Statutes.

☐ General, building or residential contractor licensed under Section 489.111, Florida Statutes.

☐ Professional engineer licensed under Section 471.015, Florida Statutes.

☐ Professional architect licensed under Section 481.213, Florida Statutes.

☐ Any other individual or entity recognized by the insurer as possessing the necessary qualifications to properly complete a uniform mitigation verification form pursuant to Section 627.711(2), Florida statutes.

---

**Individuals other than licensed contractors licensed under Section 489.111, Florida Statutes, or professional engineer licensed under Section 471.015, Florida Statues, must inspect the structures personally and not through employees or other persons.**

**Licensees under s.471.015 or s.489.111 may authorize a direct employee who possesses the requisite skill, knowledge, and experience to conduct a mitigation verification inspection.**

I, _____ am a qualified inspector and I personally performed the inspection or
    (print name)

*(licensed contractors and professional engineers only)* I had my employee (_____)
                                                         (print name of inspector)

perform the inspection and I agree to be responsible for his/her work.

Qualified Inspector Signature: _____ Date: _____

**An individual or entity who knowingly or through gross negligence provides a false or fraudulent mitigation verification form is subject to investigation by the Florida Division of Insurance Fraud and may be subject to administrative action by the appropriate licensing agency or to criminal prosecution. (Section 627.711(4)-(7), Florida Statutes) The Qualified Inspector who certifies this form shall be directly liable for the misconduct of employees as if the authorized mitigation inspector personally performed the inspection.**

---

**Homeowner to complete:** I certify that the named Qualified Inspector or his or her employee did perform an inspection of the residence identified on this form and that proof of identification was provided to me or my Authorized Representative.

Signature: _____ Date: _____

**An individual or entity who knowingly provides or utters a false or fraudulent mitigation verification form with the intent to obtain or receive a discount on an insurance premium to which the individual or entity is not entitled commits a misdemeanor of the first degree. (Section 627.711(7), Florida Statutes).**

---

**The definitions on this form are for inspection purposes only and cannot be used to certify any product or construction feature as offering protection from hurricanes.**

**Inspectors Initials_____ Property Address _____**

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

## Uniform Mitigation Verification Inspection Form

Maintain a copy of this form and any documentation provided with the insurance policy

| Inspection Date: | | | |
|---|---|---|---|
| **Owner Information** | | | |
| Owner Name: | | Contact Person: | |
| Address: | | Home Phone: | |
| City: | Zip: | Work Phone: | |
| County: | | Cell Phone: | |
| Insurance Company: | | Policy #: | |
| Year of Home: | # of Stories: | Email: | |

**NOTE: Any documentation used in validating the compliance or existence of each construction or mitigation attribute must accompany this form. At least one photograph must accompany this form to validate each attribute marked in questions 3 though 7. The insurer may ask additional questions regarding the mitigated feature(s) verified on this form**

1. **Building Code:** Was the structure built in compliance with the Florida Building Code (FBC 2001 or later) OR for homes located in the HVHZ (Miami-Dade or Broward counties), South Florida Building Code (SFBC-94)?

   ☐ A.Built in compliance with the FBC: Year Built _____.  For homes built in 2002/2003 provide a permit application with a date after 3/1/2002: Building Permit Application Date (MM/DD/YYYY) ____/____/_____

   ☐ B. For the HVHZ Only: Built in compliance with the SFBC-94: Year Built _____.   For homes built in 1994, 1995, and 1996 provide a permit application with a date after 9/1/1994: Building Permit Application Date (MM/DD/YYYY) ___/___/_____

   ☐ C.Unknown or does not meet the requirements of Answer "A" or "B"

2. **Roof Covering:** Select all roof covering types in use. Provide the permit application date OR FBC/MDC Product Approval number OR Year of Original Installation/Replacement OR indicate that no information was available to verify compliance for each roof covering identified.

| 2.1 Roof Covering Type: | Permit Application Date | FBC or MDC Product Approval# | Year of Original Installation or Replacement | No Information Provided for Compliance |
|---|---|---|---|---|
| ☐ 1. Asphalt Fiberglass Shingle | ___/___/_____ | | | ☐ |
| ☐ 2. Concrete/Clay Tile | ___/___/_____ | | | ☐ |
| ☐ 3. Metal | ___/___/_____ | | | ☐ |
| ☐ 4. Built Up | ___/___/_____ | | | ☐ |
| ☐ 5. Membrane | ___/___/_____ | | | ☐ |
| ☐ 6. Other _____ | ___/___/_____ | | | ☐ |

   ☐ A. All roof coverings listed above meet the FBC with a FBC or Miami-Dade Product Approval listing current at time of installation OR have a roofing permit application date on or after 3/1/02 OR the roof is original and built in 2004 or later

   ☐ B. All roof coverings have a Miami-Dade Product Approval listing current at time of installation OR ( for the HVHZ only) a roofing permit application after 9/1/1994 and before 3/1/2002 OR the roof is original nd built in 1997 or later.

   ☐ C. One or more roof coverings do not meet the requirements of Answer "A" or "B".

   ☐ D. No roof coverings meet the requirements of Answer "A" or "B".

3. **Roof Deck Attachment:** What is the **weakest** form of roof deck attachment?

   ☐ A.  Plywood/Oriented strand board (OSB) roof sheathing attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by staples or 6d nails spaced at 6" along the edge and 12" in the field. -OR- Batten decking supporting wood shakes or wood shingles. -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that has an equivalent mean uplift less than that required for Options B or C below.

Inspectors Initials_____ **Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

☐  B.  Plywood/OSB roof sheathing with a minimum thickness of 7/16" inch attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by 8d common nails spaced a maximum of 12" inches in the field.-OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that is shown to have an equivalent or greater resistance than 8d nails spaced a maximum of 12 inches in the field or  has a mean uplift resistance of at least 103 psf.

☐  C.  Plywood/OSB roof sheathing with a minimum thickness of 7/16" inch attached to the roof truss/rafter (spaced a maximum of 24" inches o.c.) by 8d common nails spaced 6" inches in the field. -OR- Dimensional lumber/Tongue & Groove decking with a minimum of 2 nails per board (or 1 nail per board is equal to or less than 6 inches in width). -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that is shown to have an equivalent or greater resistance than 8d common nails spaced a maximum of 6 inches in the field or has a mean uplift resistance of at least 182 psf.

☐  D.  Reinforced Concrete Roof Deck.

☐  E.  Other: _____

☐  F.  Unknown or unidentified.

☐  G.  No attic access.

**4.  Roof to Wall Attachment:**  What is the **WEAKEST** roof to wall connection? (Do not include attachment of hip/valley jacks within 5 feet of the inside or outside corner of the roof in determination of WEAKEST type.

☐  A.  Toe Nails

☐  Truss/rafter anchored to top plate of wall using nails driven at an angle through the truss/rafter and attached to the top plate of the wall, or

☐  Metal connectors that do not meet the minimal conditions or requirements of B, C, or D

**Minimal conditions to qualify for categories B, C, or D. All visible metal connectors are:**

☐  Secured to truss/rafter with a minimum of three (3) nails, **and**

☐  Attached to the wall top plate of the wall framing, or embedded in the bond beam, with less than a  ½ " gap from the blocking or truss/rafter **and** blocked no more than 1.5" of the truss/rafter, **and** free of visible severe corrosion.

☐  B.  Clips

☐  Metal connectors that do not wrap over the top of the truss/rafter, **or**

☐  Metal connectors with a minimum of 1 strap that wraps over the top of the truss/rafter and does not meet the nail position requirements of C or D, but is secured with a minimum of 3 nails.

☐  C.  Single Wraps

☐  Metal connectors consisting of a single strap that wraps over the top of the truss/rafter and is secured with a minimum of 2 nails on the front side and a minimum of 1 nail on the opposing side.

☐  D.  Double Wraps

☐  Metal Connectors consisting of 2 separate straps that are attached to the wall frame, or embedded in the bond beam, on either side of the truss/rafter where each strap wraps over the top of the truss/rafter and is secured with a minimum of 2 nails on the front side, and a minimum of 1 nail on the opposing side, **or**

☐  Metal connectors consisting of a single strap that wraps over the top of the truss/rafter, is secured to the wall on both sides, and is secured to the top plate with a minimum of three nails on each side.

☐  E.  Structural        Anchor bolts structurally connected or reinforced concrete roof.

☐  F.  Other: _____

☐  G.  Unknown or unidentified

☐  H.  No attic access

**Inspectors Initials** _____ **Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

**PCHO-MVI-FL (01/12)**

5. **Roof Geometry:**  What is the roof shape? (Do not consider roofs of porches or carports that are attached only to the fascia or wall of the host structure over unenclosed space in the determination of roof perimeter or roof area for roof geometry classification.)

☐ A. Hip Roof        Hip roof with no other roof shapes greater than 10% of the total building perimeter.

Total length of non-hip features: _____ feet;

Total roof system perimeter: _____ feet

☐ B. Flat Roof       Roof on a building with 5 or more units where at least 90% of the main roof area has a roof slope of less than 2:12. Roof area with slope less than 2:12 _____ sq ft; Total roof area _____ sq ft

☐ C. Other Roof    Any roof that does not qualify as either (A) or (B) above.

6. **Secondary Water Resistance (SWR):** (standard underlayments or hot-mopped felts do not qualify as an SWR)

☐ A.  SWR (also called Sealed Roof Deck) Self-adhering polymer modified-bitumen roofing underlayment applied directly to the sheathing or foam adhesive SWR barrier (not foamed-on insulation) applied as a supplemental means to protect the dwelling from water intrusion in the event of roof covering loss.

☐ B.  No SWR.

☐ C.  Unknown or undetermined.

7. **Opening Protection:** What is the <u>weakest</u> form of wind borne debris protection installed on the structure? **First,** use the table to determine the weakest form of protection for each category of opening. **Second,** (a) check one answer below (A, B, C, N, or X) based upon the lowest protection level for ALL Glazed openings **and** (b) check the protection level for all Non-Glazed openings (.1, .2, or .3) as applicable.

| **Opening Protection Level Chart** Place an "X" in each row to identify all forms of protection in use for each opening type. Check only one answer below (A thru X), based on the weakest form of protection (lowest row) for any of the Glazed openings **and** indicate the weakest form of protection (lowest row) for Non-Glazed openings. | | **Glazed Openings** | | | | **Non-Glazed Openings** | |
|---|---|---|---|---|---|---|---|
| | | Windows or entry Doors | Garage Doors | Skylights | Glass Block | Entry Doors | Garage Doors |
| N/A | Not Applicable- there are no openings of this type on the structure | | | | | | |
| A | Verified cyclic pressure & large missile (9-lb for windows doors/4.5 lb for skylights) | | | | | | |
| B | Verified cyclic pressure & large missile (4-8 lb for windows doors/2 lb for skylights) | | | | | | |
| C | Verified plywood/OSB meeting Table 1609.1.2 of the FBC 2007 | | | | | | |
| D | Verified Non-Glazed Entry or Garage doors indicating compliance with ASTM E 330, ANSI/DASMA 108, or PA/TAS 202 for wind pressure resistance | | | | | | |
| N | Opening Protection products that appear to be A or B but are not verified | | | | | | |
| | Other protective coverings that cannot be identified as A, B, or C | | | | | | |
| X | No Windborne Debris Protection | | | | | | |

☐ **A. Exterior Openings Cyclic Pressure and 9-lb Large Missile (4.5 lb for skylights only)** All Glazed openings are protected at a minimum, with impact resistant coverings or products listed as wind borne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact" (Level A in the table above).

- Miami-Dade County PA 201, 202, **and** 203
- Florida Building Code Testing Application Standard (TAS) 201, 202, **and** 203
- American Society for Testing and Materials (ASTM) E 1886 **and** ASTM E 1996
- Southern Standards Technical Document (SSTD) 12
- For Skylights Only: ASTM E 1886 **and** ASTM E 1996
- For Garage Doors Only: ANSI/DASMA 115

**Inspectors Initials**_____**Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

☐ A.1 All Non-Glazed openings classified as A in the table above, or no Non-Glazed openings exist

☐ A.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level B, C, N, or X in the table above

☐ A.3 One or More Non-Glazed Openings is classified as Level B, C, N, or X in the table above

☐ **B. Exterior Opening Protection- Cyclic Pressure and 4 to 8-lb Large Missile (2-4.5 lb for skylights only)** All Glazed openings are protected, at a minimum, with impact resistant coverings or products listed as windborne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact" (Level B in the table above):

- ASTM E 1886 **and** ASTM E 1996 (Large Missile - 4.5lb.)
- SSTD 12 (Large Missile – 4 lb. to 8 lb.)
- For Skylights Only: ASTM E 1886 **and** ASTM E 1996 (Large Missile - 2 to 4.5 lb.)

☐ B.1 All Non-Glazed openings classified as A or B in the table above, or no Non-Glazed openings exist

☐ B.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level C, N, or X in the table above

☐ B.3 One or More Non-Glazed openings is classified as Level C, N, or X in the table above

☐ **C. Exterior Opening Protection- Wood Structural Panels meeting FBC 2007** All Glazed openings are covered with plywood/OSB meeting the requirements of Table 1609.1.2 of the FBC 2007 (Level C in the table above).

☐ C.1 All Non-Glazed openings classified as A, B, or C in the table above, or no Non-Glazed openings exist

☐ C.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level N or X in the table above

☐ C.3 One or More Non-Glazed openings is classified as Level N or X in the table above

☐ **N. Exterior Opening Protection (unverified shutter systems with no documentation)** All Glazed openings are protected with protective coverings not meeting the requirements of Answer "A", "B", or "C" or systems that appear to meet Answer "A" or "B" with no documentation of compliance (Level N in the table above).

☐ N.1 All Non-Glazed openings classified as Level A, B, C, or N in the table above, or no Non-Glazed openings exist

☐ N.2 One or More Non-Glazed openings classified as Level D in the table above, and no Non-Glazed openings classified as Level X in the table above

☐ N.3 One or More Non-Glazed openings is classified as Level X in the table above.

☐ **X. None or Some Glazed Openings**  One or more Glazed openings classified and Level X in the table above.

| _**MITIGATION INSPECTIONS MUST BE CERTIFIED BY A QUALIFIED INSPECTOR.**_ | | |
| --- | --- | --- |
| _**Section 627.711(2), Florida Statutes, provides a listing of individuals who may sign this form.**_ | | |
| Qualified Inspector Name: | License Type: | License or Certificate #: |
| Inspection Company: | Phone: | |

**Inspectors Initials**_____ **Property Address** _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

**Qualified Inspector - I hold an active license as a: (check one)**

☐ Home inspector licensed under Section 468.8314, Florida Statutes who has completed the statutory number of hours of hurricane mitigation training approved by the Construction Industry Licensing Board and completion of a proficiency exam.

☐ Building code inspector certified under Section 468.607, Florida Statutes.

☐ General, building or residential contractor licensed under Section 489.111, Florida Statutes.

☐ Professional engineer licensed under Section 471.015, Florida Statutes.

☐ Professional architect licensed under Section 481.213, Florida Statutes.

☐ Any other individual or entity recognized by the insurer as possessing the necessary qualifications to properly complete a uniform mitigation verification form pursuant to Section 627.711(2), Florida statutes.

---

**Individuals other than licensed contractors licensed under Section 489.111, Florida Statutes, or professional engineer licensed under Section 471.015, Florida Statues, must inspect the structures personally and not through employees or other persons.**

**Licensees under s.471.015 or s.489.111 may authorize a direct employee who possesses the requisite skill, knowledge, and experience to conduct a mitigation verification inspection.**

I, _____ am a qualified inspector and I personally performed the inspection or
        (print name)

*(licensed contractors and professional engineers only)* I had my employee (_____)
                                                                        (print name of inspector)

perform the inspection and I agree to be responsible for his/her work.

Qualified Inspector Signature: _____ Date: _____

**An individual or entity who knowingly or through gross negligence provides a false or fraudulent mitigation verification form is subject to investigation by the Florida Division of Insurance Fraud and may be subject to administrative action by the appropriate licensing agency or to criminal prosecution. (Section 627.711(4)-(7), Florida Statutes) The Qualified Inspector who certifies this form shall be directly liable for the misconduct of employees as if the authorized mitigation inspector personally performed the inspection.**

---

**Homeowner to complete:** I certify that the named Qualified Inspector or his or her employee did perform an inspection of the residence identified on this form and that proof of identification was provided to me or my Authorized Representative.

Signature: _____ Date: _____

**An individual or entity who knowingly provides or utters a false or fraudulent mitigation verification form with the intent to obtain or receive a discount on an insurance premium to which the individual or entity is not entitled commits a misdemeanor of the first degree. (Section 627.711(7), Florida Statutes).**

---

**The definitions on this form are for inspection purposes only and cannot be used to certify any product or construction feature as offering protection from hurricanes.**

Inspectors Initials_____ Property Address _____

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.

**PCHO-MVI-FL (01/12)**                                                    Company Copy
OIR-B1-1802 (Rev. 01/12) Adopted by Rule 69O-170.0155                     Page 5 of 5

| **FACTS** | **WHAT DOES AMERICAN INTERNATIONAL GROUP, INC. (AIG) DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>● Social Security number and Medical Information<br>● Income and Credit History<br>● Payment History and Employment Information<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons AIG chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does AIG share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, conduct research including data analytics, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

**Questions?**

**For AIG Insurance Companies:** Call 866-244-4786; Fax: 212-458-7081 or E-Mail: CIPrivacy@aig.com

**For Pet insurance sold by AIG Insurance Companies:** Call 800-937-7387 or E-Mail:

  CIPrivacy@aig.com

**For Morefar Marketing, Inc. (Non-Warranty):**

**For policies/services sold prior to 2015, call** 866-244-4786 or E-Mail: CIPrivacy@aig.com

**For policies/services sold in 2015 or later, call** 800-982-5701 or E-Mail: CIPrivacy@aig.com

**For Morefar Marketing, Inc. (Warranty): Call** 800-982-5701 or E-Mail: CIPrivacy@aig.com

**For Livetravel, Inc.: Call** 866-244-4786 or E-Mail: CIPrivacy@aig.com

## Who We Are

| | |
|---|---|
| **Who is providing this notice?** | The insurance company subsidiaries of American International Group, Inc. (AIG) underwriting property-casualty, accident & health, life insurance and related services and certain marketing subsidiaries of AIG listed below. |

## What We Do

| | |
|---|---|
| **How does AIG protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law.  These measures include computer safeguards and secured files and buildings.  We restrict access to employees, representatives, agents, or selected third parties who have been trained to handle nonpublic personal information. |
| **How does AIG collect my personal information?** | We collect your personal information, for example, when you <br> • apply for insurance or pay insurance premiums <br> • file an insurance claim or give us your income information <br> • provide employment information <br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br> • sharing for affiliates' everyday business purposes information about your creditworthiness <br> • affiliates from using your information to market to you <br> • sharing for nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br> • *Our affiliates include the member companies of American International Group, Inc.* |
| **Nonaffiliates** | Companies not related by common ownership or control.  They can be financial and nonfinancial companies. <br> • *AIG does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br> • *Our joint marketing partners include companies with which we jointly offer insurance products, such as a bank.* |

## Other Important Information

This notice is provided by  American Home Assurance Company; AIG Assurance Company; AIG Property Casualty Company; AIG Specialty Insurance Company; Commerce and Industry Insurance Company; Granite State Insurance Company; Illinois National Insurance Co.;Lexington Insurance Company; AIU Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; National Union Fire Insurance Company of Vermont; New Hampshire Insurance Company; The Insurance Company of the State of Pennsylvania; (collectively  the "AIG Insurance Companies"). This notice is also provided by certain marketing subsidiaries of AIG, including Morefar Marketing, Inc., LLC, Travel Guard Group, Inc. and Livetravel, Inc. who market insurance or non-insurance products and services to consumers.

**For Vermont Residents only.** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.  Additional information concerning our privacy policies can be found using the contact information above for Questions.

**For California Residents only.** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

**For Nevada Residents Only.** We are providing this notice pursuant to Nevada state law. You may elect to be placed on our internal Do Not Call list by contacting us as listed above. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington Street, Suite 3900, Las Vegas, NV 89101; Phone number: 702-486-3132; email: aginfo@ag.nv.gov. You may contact the applicable customer service department using the contact information above or by writing to us at Privacy Officer, 175 Water Street, 18th Floor, New York, NY 10038.

You have the right to see and, if necessary, correct personal data. This requires a written request, both to see your personal data and to request correction. We do not have to change our records if we do not agree with your correction, but we will place your statement in our file. If you would like a more detailed description of our information practices and your rights, please write to us at: Privacy Officer, 175 Water Street, 18th   Floor, New York, NY 10038.



AIG Private Client Group

# Renewal Premium Notice
## FLORIDA

**Policy Number:**
PCG 0002403912

**Name of Insured and Mailing Address:**
Robert C Brown
6900 NW 87th Ave
Parkland, FL 33067

**Policy Period:** 04/12/2019 - 04/12/2020
At 12:01 A.M. standard time at your mailing address shown below

**Agency Name, Address, Phone # & Code:**
Affluent Ins Program-Boca
500 W. Brown Deer Road
Suite 101
Milwaukee, WI 53217

(877) 275-2335          0053623

**Location Address:**
6900 NW 87th Ave
Parkland, FL 33067

The following is a breakdown of the premium charges applicable to your Florida Homeowners policy and any resulting changes, if applicable.

Your payment of the renewal premium indicates acceptance of these changes.

## Standard Coverages

All Other Peril Base Premium:
All Other Peril Base Premium plus Adjustments:

Hurricane Base Premium:
Hurricane Base Premium plus Adjustments:

All Other Peril subtotal + Hurricane Premium subtotal:
All Other Peril subtotal + Hurricane Premium subtotal plus Additional Adjustments:

| | |
|---|---|
| Liability: | $355.00 |
| Endorsement Premium: | $1,621.00 |
| Taxes, Fees and Surcharges: | $2.00 |
| Assessments: | |
|     FL Emergency Management and Preparedness Surcharge | $2.00 |
| Total Premium: | $9,831.00 |

The premium adjustment for this policy due to a coverage change is:

The premium adjustment for this policy due to a rate increase is:

PCHO-RPN-FL (01/09)

## SINKHOLE COVERAGE EXTENSION - FLORIDA

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):
6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that for the premium charged:

Part I - DEFINITIONS is amended to include the following definition:

**Sinkhole** means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by groundwater. A **sinkhole** may form by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

**Sinkhole Loss** means structural damage to the building, including the foundation, caused by **sinkhole damage**. **Contents** coverage shall apply only if there is structural damage to the building caused by **sinkhole damage.**

**Sinkhole Damage** means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Part II - PROPERTY, C. Additional Coverages is amended to include the following:

**Sinkhole Loss**

We will cover direct physical loss to your **house** or **other permanent structure(s)** or the **contents** of either arising out of **sinkhole damage.** This includes the costs incurred to stabilize the land and building as well as repair of the foundation.

We may provide a professional engineer or a professional geologist to conduct testing of the **sinkhole** to verify its existence. If a **sinkhole loss** is verified, we shall pay to stabilize the land and building and repair the foundation in accordance with the recommendations of the engineer and, in consultation with the policyholder, subject to the coverage and terms of the policy.

**Neutral Evaluation**

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for stabilizing the land and building and foundation repairs, or if we deny your claim, either party may file a request with the Florida Department of Financial Services (the Department) for neutral evaluation in accordance with the rules established by the Department. In this event, you and

we shall mutually select a neutral evaluator from a list maintained by the Department. If you and we fail to agree to a neutral evaluator within 10 business days, the Department shall appoint a neutral evaluator. The neutral evaluation conference shall be held within 45 days after receipt of the request by the Department.  The recommendation of the neutral evaluator will not be binding on you or us. We will pay the costs associated with the neutral evaluation.  The Mediation and Appraisal conditions do not apply to disputed sinkhole claims.

**Legal Action Against Us**

No action shall be brought against us unless the **insured person** has complied with this policy's provisions, nor until final judgment or agreement has set the amount on the **insured person's** legal obligation with us.  You also agree to bring any action against us within five (5) years after a loss occurs, except that the time for bringing any action against us is extended for a period of 60 days following the conclusion of the neutral evaluation process or 5 years, whichever is later.  No one has the right to join us in any action against any **insured person.**

Part II. PROPERTY, D. Exclusions, Earth Movement is deleted and replaced with the following:

**Earth Movement**

We do not cover any loss to your **house** or **other permanent structures** caused by earth movement including volcanic eruptions, landslides, mudflows, and the sinking, rising, or shifting of land.  We do insure ensuing covered loss due to theft, fire, glass breakage or explosion unless another exclusion applies.  This exclusion does not apply to loss caused by **sinkhole damage.**



AIG Private Client Group

<u>AIG Property Casualty Company</u>
(Name of issuing company)

Endorsement          Effective: 12/10/2019

# POLICY CHANGE NOTICE
# PLEASE SEE YOUR REVISED DECLARATIONS PAGE

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page and any attached Endorsements, for a description of your coverage.

**Policy Number:**
PCG  0002403912

**Name of Insured Mailing Address:**

Robert C Brown
6900 NW 87th Ave
Parkland, FL 33067

**Policy Period:** 04/12/2019 - 04/12/2020
At 12:01 A.M. standard time at your mailing address shown below

**Agency Name, Address, Phone # & Code:**

Affluent Ins Program (Boca)
500 W. Brown Deer Road
Suite 101
Milwaukee, WI 53217

(877) 275-2335  -  0053623

---

**YOUR POLICY HAS BEEN CHANGED**

---

**Effective Date:** 12/10/2019
**Summary of Change:**    DEL 2 locations, ADD 39 Shepards Way

**Changes to Annual Premium:**
**Revised Annual Premium:**        $9,756.00
**Premium charge for endorsement:** -$25.00          **From:** 12/10/2019    **To:** 04/12/2020



AIG Private Client Group

<u>AIG Property Casualty Company</u>
(Name of issuing company)

Endorsement          Effective: 12/10/2019

# Florida Homeowners Declarations Page

Your Declarations Page shows at a glance the coverage you have and your premium. Your Declarations Page is part of your policy. Please read your policy carefully, including your Declarations Page and any attached Endorsements, for a description of your coverage.

**Policy Number:**
PCG  0002403912

**Name of Insured and Mailing Address:**

Robert C Brown
6900 NW 87th Ave
Parkland, FL 33067

**Policy Period:** 04/12/2019 - 04/12/2020
At <u>12:01 A.M.</u> standard time at your mailing address shown below

**Agency Name, Address, Phone # & Code:**

Affluent Ins Program (Boca)
500 W. Brown Deer Road
Suite 101
Milwaukee, WI 53217

(877) 275-2335  -  0053623

## YOU WILL BE BILLED SEPARATELY FOR ANY PREMIUM DUE.

The kind of losses that are covered and any special limits or deductibles that apply, are explained in detail in your Policy.

**Summary of Coverage by Location:**

**6900 NW 87th Ave, Parkland, FL 33067**

| COVERAGE | PAYMENT BASIS | COVERAGE LIMIT |
|---|---|---|
| Dwelling | Extended Rebuilding Cost | $2,722,700 |
| Other Permanent Structures | Extended Rebuilding Cost | $199,141 |
| Contents | Replacement Cost | $1,327,610 |
| Additional Living Expense | | $816,810 |
| Liability | | $500,000 |
| Medical Payments | | $10,000 |
| Rebuilding to Code (Law and Ordinance - 30%) | | $816,810 |
| FL Emergency Management and Preparedness Surcharge | | $2.00 |

Location Premium:$9,756.00

PCHO-DEC-FLHUR (11/10)



AIG Private Client Group

AIG Property Casualty Company
(Name of issuing company)

# Homeowners Location Extension Schedule Page

**Summary of Coverage by Location for Policy:** PCG  0002403912

**Deductible Applied to This Location:**
**Standard (All Other Perils):** $5,000

**Hurricane Deductible:** $54,454  ( **2% of House coverage** )

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

**Inflation Guard – The amount of coverage of the house, contents and other permanent structures for the above location will be increased annually by 6.10% applied pro rata during the Policy Period.**

**Forms and Endorsements Attached for Location:**

PCHO-DEC-FLHUR (11/10), PCHO-FL (11/10), PCHO-FLHD (06/05), PCHO-FL-LO NOT (10/05)
PCG-CL NO (06/06), PCHO-DWLL (09/06), PCG-OFAC (10/13), PCHO-CHECKLIST-FL (07/10)
PCHO-FRDSG (09/06), PCHO-IEF (12/05), PCG-PRIVNOT (08/18), PCHO-LONOA-FL (06/17)
PCHO-FLOODNOT (09/06), PCHO-HDNOT (06/05), PCHO-HPD (06/05), PCHO-LMDSC (02/10)
PCHO-MVI-FL (01/12), PCHO-RPN-FL (01/09), PCHO-SHC-FL (11/10), PCHO-EB (09/06)
91222 PCG (09/16), PCHO-CHGN (07/01)

| **First Mortgagee** | Loan #:3010023541<br>JP Morgan Chase Bank NA<br>Its Successors And/Or Assigns<br>(ISAOA) And/Or ATIMA<br>PO Box 100564<br>Florence,SC,29502,US | **Second Mortgagee** | Loan #:68218009048099<br>Bank of America, NA<br>PO BOX 961291<br>Fort Worth,TX,76161,US |
|---|---|---|---|

**2724 Main Street**      Barnstable MA 02630

| COVERAGE | COVERAGE LIMIT |
|---|---|
| Liability | $500,000.00 |
| Medical Payments | $10,000.00 |

**39 Shepherds Way**      Barnstable MA 02630

| COVERAGE | COVERAGE LIMIT |
|---|---|
| Liability | $500,000.00 |
| Medical Payments | $10,000.00 |

PCHO-DEC-FLHUR (11/10)



AIG Private Client Group



<u>AIG Property Casualty Company</u>
(Name of issuing company)

# Homeowners Location Extension Schedule Page

**Summary of Coverage by Location for Policy:** PCG  0002403912

**Total Premium:** **$9,756.00**

Authorized Agent's Signature: _____

PCHO-DEC-FLHUR **(11/10)**

**DEDUCTIBLE WAIVER FOR LARGE LOSSES**

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):

6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that for the premium charged Part II - PROPERTY. B. Payment of a Loss, Deductible is deleted and replaced with the following:

Deductible

The deductible shown on the Declarations Page is the amount of a covered loss you will pay for each **occurrence**. The deductible does not apply to a covered loss of more than $50,000. This waiver of deductible does not apply to:

1. Special deductibles for wind, hurricane, hail or earthquake; or
2. Separate coverage deductibles contained within the Equipment Breakdown or Fraud Safe-guard endorsements.

PCHO-DWLL (09/06)

**EQUIPMENT BREAKDOWN COVERAGE**

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location:

6900 NW 87th Ave
Parkland, FL 33067

The following additional coverage is added to the AIG Private Client Group Homeowners policy.

## AGREEMENT

We will provide the insurance described in this endorsement in compliance with all applicable provisions of this policy. The most we will pay for loss, damage or expense under this endorsement arising from any **one accident** is $100,000 Coverage provided under this endorsement does not increase any limit of liability under Part II, PROPERTY.

## DEFINITIONS

The following definitions are added:

1.  **Accident** means sudden and accidental:

    a   mechanical or electrical breakdown; or

    b.  tearing apart, cracking, burning or bulging of a steam or hot water heating system, or an air conditioning system;

    that results in direct physical damage to **covered equipment**.

2.  **Covered equipment**

    a.  **Covered equipment** means property, other than **contents**, covered under Part II -- PROPERTY:

        (1)   that generates, transmits or utilizes energy; or

        (2)   which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    b.  None of the following is **covered equipment**:

        (1)   supporting structure, cabinet or compartment;

        (2)   insulating material;

        (3)   sewer piping, buried vessels or piping, or piping forming a part of a fire protective sprinkler system;

        (4)   water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

        (5)   kitchen or laundry appliances, other than those permanently installed, including but not limited to, refrigerator, dishwasher, oven, stove, clothes washer or clothes dryer; or

        (6)   electronic entertainment or computer equipment, including but not limited to:

            (a)   television equipment inclusive of plasma television equipment;

            (b)   stereo equipment; or

            (c)   any electronic component used with such electronic entertainment or computer equipment.

            **Covered equipment** does, however, include permanently installed wiring associated with such electronic entertainment or computer equipment.

3.   **One accident** means: If an initial **accident** causes other **accidents**, all will be considered **one accident**. All **accidents** that are the result of the same event will be considered **one accident**.

## PROPERTY COVERAGES

1.   We will pay for direct physical damage to **covered equipment** that is the result of an **accident** .

2.   **Additional Living Expense**

Coverage for Additional Living Expense, as provided under C. Additional Coverages, is extended to the coverage provided by this endorsement. We will pay up to $20,000 per **accident** under this coverage. We will not pay for any expense incurred by you beyond 30 days after the **accident** even if it takes more than 30 days to restore your residence to a habitable condition or for your household to permanently locate elsewhere.

## EXCLUSIONS

The following exclusions are added:

1.   We will not pay under this endorsement for loss, damage or expense caused by or resulting from electrical power surge or brownout.

2.   We do not cover under this endorsement any property that is not **covered equipment**.

## DEDUCTIBLE

The following deductible provision replaces any other deductible provision in the policy or on the Declarations Page with respect to loss covered under this endorsement.

In case of a loss under this endorsement, we will pay only for that part of the loss over $500. No other deductible applies to this coverage.

This deductible applies to the affected equipment regardless of any other deductible in this policy or any other policy. Your homeowner deductible will apply to any ensuing loss, but will be reduced by this deductible amount.

## CONDITIONS

The following conditions are added:

1.   **Environmental, Safety and Efficiency Improvements**

If **covered equipment** requires replacement due to an **accident**, we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits.

2.   **Payment of a Loss**

Losses under this endorsement will be settled as follows:

a.   Our payment for damaged **covered equipment** will be the smallest of:

(1)   The coverage limit shown for Equipment Breakdown;

(2)   The cost to repair the damaged **covered equipment**;

(3)   The cost to replace the damaged **covered equipment** on the same premises; or

(4)   The necessary amount actually spent to repair or replace the damaged **covered equipment**.

b.     Except as described in Environmental, Safety and Efficiency Improvements above, you are responsible for the extra cost of replacing damaged **covered equipment** with property of a better kind or quality or of a different size or capacity.

c.     If you do not repair or replace the damaged **covered equipment** within 24 months, after the date of the **accident**, then we will pay only the smaller of the:

    (1)     Cost it would have taken to repair at the time of the **accident**; or

    (2)     Actual cash value at the time of the **accident**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# HURRICANE DEDUCTIBLE

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location

6900 NW 87th Ave
Parkland, FL 33067

For the credit given, it is agreed and understood that **Part II. B. Payment of a Loss** , Item 3. Deductible is amended to include the following:

We will pay only that part of the total of hurricane loss to your **house, contents,** and  **other permanent structures** including additional coverages that exceed the hurricane deductible stated on your Declarations Page. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by hurricane. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by hurricane.

"Hurricane" means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service which:
   a.  Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;
   b. Continues for the period of time during which the hurricane conditions exist anywhere in Florida; and
   c. Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

The hurricane deductible will be applied on an annual basis to all hurricane losses that occur during the calendar year in any one of the policies issued by us or an American International Group member company for the same insured location.

For second and subsequent covered hurricane losses occurring in the same calendar year, the dollar amount of the hurricane deductible will be reduced by all deductible amounts applied toward prior covered losses during the same calendar year for the same insured location. The greater of the remaining hurricane deductible or the all other peril deductible will apply. The all other peril deductible will not be waived for a covered loss greater than $50,000.

If you have covered hurricane losses for this location in a calendar year under more than one policy issued by us or an American International Group member company, your hurricane deductible will be equal to the greatest dollar amount of any hurricane deductible in any one of the policies for this location.

You are required to report hurricane losses that are below the hurricane deductible in order to apply such hurricane losses to subsequent hurricane claims.

Includes copyrighted materials from Insurance Services Office, Inc. with its permission.

In the event there is a hurricane loss (or losses) during a calendar year and a lower hurricane deductible is then purchased under the new or renewal policy in the same calendar year, the lower hurricane deductible will not apply until January 1 of the following calendar year.

Includes copyrighted materials from Insurance Services Office, Inc. with its permission.

# IMPORTANT NOTICE REGARDING YOUR HOMEOWNERS POLICY

As respects the following location(s):

6900 NW 87th Ave
Parkland, FL 33067

YOUR HOMEOWNERS INSURANCE POLICY DOES <u>NOT</u> PROVIDE COVERAGE FOR PROPERTY DAMAGE CAUSED BY **FLOOD** .

**Flood**  means:

1. A general and temporary condition of partial or complete inundation of normally dry land area from:
   a. Overflow of inland or tidal waters;
   b. Unusual and rapid accumulation or runoff of surface waters from any source; or
   c. **Mudflow**. **Mudflow** means a river of liquid and flowing mud occurring on level or near-level surfaces of normally dry land areas that have not been affected by **landslide**, as when earth is carried by a current of water.  Other earth movements, such as **landslide**, slope failure, or a saturated soil mass moving by liquidity down a slope, are not **mudflows**.  **Landslide** means the rapid movement of a mass of soil downslope along a curved or planar failure surface, without deformation of the soil structure.

2. Collapse or subsidence of land along the shore of a lake or similar body of water as a result of erosion or undermining caused by waves or currents of water exceeding anticipated cyclical levels that result in a **flood** as defined in 1.a. above.

If you are interested in purchasing **Flood** Coverage on the residence(s) listed above, your agent or broker can facilitate this purchase on your behalf.  For further information, please contact your agent or broker.

## Fraud SafeGuard<sup>SM</sup> Coverage

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

### SCHEDULE

|  | Limit of Insurance | Deductible |
|---|---|---|
| Fraud, Embezzlement or Forgery | $30,000.00 (each event)<br>$30,000.00 (each insured annual aggregate) | $2,500 |
| ATM Robbery | $2,500.00 (each insured)<br>$2,500.00 (each insured annual aggregate) | No deductible applies |
| Stolen Identity Event | $30,000.00 (each event)<br>$30,000.00 (each insured annual aggregate) | No deductible applies |

It is agreed and understood that **PART I - DEFINITIONS** has been amended to include the following:

**Forgery** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose. **Forgery** will result directly from **forgery** of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in money that are:

    a.  Made or drawn by or drawn upon you or a **family member**; or

    b.  Made or drawn by one acting as your or a **family member's** agent;

        or that are purported to have been so made or drawn.

**Fraud or embezzlement** means:

    a.  An electronic, telegraphic, cable, teletype, telefacsimile, telephone, computer, or magnetic tape instruction which purports to have been transmitted by you or a **family member**, but which was in fact fraudulently transmitted by someone else without your or a **family member's** knowledge or consent;

    b.  A written instruction issued by you or a **family member**, which was forged or altered by someone other than you or a **family member** without your or a **family member's** knowledge or consent, or which purports to have been issued by you or a **family member** but was in fact fraudulently issued without your or a **family member's** knowledge or consent; or

    c.  Any other intentional perversion of truth by someone other than you or a **family member** perpetrated in order to induce you or a **family member** to part with something of value.

**Fraud Safeguard event** means **fraud, embezzlement, or forgery**, ATM robbery, or **stolen identity event** as set forth in this endorsement.

**Money** means:

    a.  Currency, coins and bank notes in current use and having a face value; and

    b.  Travelers checks, register checks and money orders.

**Other property** means and is limited to jewelry, precious metals, antiques, fine art, ceramics, furs, collectibles, and gemstones.

**Restoration Services** means those services performed in response to a **stolen identity event**, and on your or a **family member's**, behalf after receipt of authorization from you or a **family member**, including but not limited to:

1. Providing you or a **family member** with a package of information which includes a description of the resolution process, educational articles, and guidance for avoiding future complications.

2. Notifying the three major credit bureaus and providing assistance with requesting that a fraud alert be placed on your or a **family member's** credit files and affected credit accounts.

3. Reviewing your or a **family member's** credit files with you or a **family member** to determine the accuracy of the file and potential areas of fraud.

4. Notifying as needed, your or a **family member's** affected creditors, financial institutions, credit card companies, utility providers, and merchants of the identity fraud.

5. Providing information to the Federal Trade Commission (FTC), and to other government agencies as appropriate.

6. When appropriate, providing assistance with obtaining and reviewing your Social Security Personal Earnings and Benefits Statement.

7. Creating and maintaining a case file to document the identity fraud.

8. When appropriate, providing other assistance we might reasonably be able to offer you or a **family member** on a case by case basis, as determined in our sole and absolute discretion.

We reserve the right to refuse or terminate the provision of restoration services where you or a **family member** are deemed to be committing fraud or other illegal acts, making untrue statements, or failing to perform your or the **family member's** portion of the recovery plan.

**Robbery** means the unlawful taking of property from the care and custody of a person, accomplished by means of force or fear.

**Securities** mean negotiable and non-negotiable instruments or contracts representing either **money** or property**.**

**Stolen identity event** means the illegal use of your or a **family member's** name, social security number, or other method of identity without permission.

It is agreed and understood that **PART III - LIABILITY** has been amended to include the following:

**FRAUD SAFEGUARD**

**Insuring Agreements**

**A. Fraud, Embezzlement or Forgery**

We will pay you or a **family member** for loss of **money, securities,** or **other property** up to the applicable Limits of Insurance shown in the schedule, resulting directly from **fraud, embezzlement, or forgery** perpetrated against you or a **family member** during the Policy Period. The loss must be discovered not later than ninety (90) days from the end of the Policy Period.

**B. ATM Robbery**

We will pay you or a **family member**, up to the applicable Limits of Insurance shown in the schedule, for loss of **money** resulting directly from a **robbery** that occurs within 100 feet from an Automatic Teller Machine (ATM), immediately after withdrawing such **monies** from the same ATM. This coverage does not apply to any other loss of money or valuables in your or a family member's possession resulting from the robbery.

## C. Stolen Identity Event

We will pay Costs and Legal Costs, as set forth below in Payment of Loss for a **stolen identity event**, up to the applicable Limits of Insurance shown in the schedule, including a **stolen identity event** occurring on or arising out of the use of the Internet. The **stolen identity event** must occur and be discovered during the Policy Period.

### 1. Payment of Loss For A Stolen Identity Event

#### a. Costs

1. Costs incurred by you or a **family member** for re-filing applications for loans, grants, other credit or debt instruments that are rejected solely because the lender received from any source incorrect information as a result of a **stolen identity event**;

2. Costs for notarizing affidavits or other similar documents, long distance telephone calls, and postage reasonably incurred as a result of your or a **family member's** efforts to report a **stolen identity event** or amend or rectify records as to your or a **family member's** true name or identity as a result of a **stolen identity event**;

3. Costs incurred by you or a **family member** for a maximum of six (6) credit reports from an entity approved by us. The first credit report may not be requested until after the discovery of a **stolen identity event**;

4. Costs for contesting the accuracy or completeness of any information contained in a credit report following a **stolen identity event**;

5. Actual lost wages not to exceed $10,000 that would have been earned in the United States, whether partial or whole days, for time reasonably and necessarily taken off work and away from your or a **family member's** work premises solely as a result of your or a **family member's** efforts to amend or rectify records as to your or a **family member's** true name or identity as a result of a **stolen identity event**. Actual lost wages includes remuneration for vacation days, discretionary days, floating holidays, and paid personal days but not for sick days or any cost arising from time taken from self-employment. Coverage is limited to wages lost within twelve (12) months after your or a **family member's** discovery of a **stolen identity event** and is limited also to the applicable Aggregate Limits of Insurance shown in the schedule.

#### b. Legal Costs

Costs for reasonable fees for an attorney appointed by us and related court fees, incurred by you or a **family member** with our consent, for:

1. Any legal action brought against you or a **family member** by a creditor or collection agency or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan as a result of a **stolen identity event**;

2. Removing any civil judgment wrongfully entered against you or a **family member** as a result of a **stolen identity event**; and

3. Criminal defense for charges brought against you or a **family member** as a result of a **stolen identity event**.

### 2. Additional Coverage - Stolen Identity Event

Restoration Services

We will provide you or a **family member** with **restoration services** after a **stolen identity event**. The **stolen identity event** must occur during the Policy Period. Restoration services expenses do not reduce the amount of limit available under Payment of a Loss for a **stolen identity event**.

#### Special Limits of Insurance

1. We will only pay the amount of loss in excess of any applicable Deductible, up to the applicable Limit of Insurance shown in the schedule for that coverage.

2. The most we will pay each **insured** for all loss resulting from **fraud, embezzlement, or forgery** is the Fraud, Embezzlement, or Forgery Each Insured Aggregate Limit shown in the schedule.

3. The most we will pay each insured for all loss resulting from a **stolen identity event** is the Stolen Identity Each Insured Aggregate Limit shown in the schedule.

4. The most we will pay each insured for all loss resulting from an ATM Robbery is the ATM Robbery Each Insured Aggregate Limit shown in the schedule.

5. All loss arising from continuous, repeated, or related **fraud safeguard events** will be treated as one **fraud safeguard event.**

6. The most we will pay for any loss is the applicable Limit of Insurance. If, however, a loss:

    a) Exceeds the applicable Limit of Insurance; and
    b) There is more than one **insured person** claiming a loss; and
    c) The combined loss is greater than the Limit of Insurance for any one **insured person**; and
    d) The affected **insured persons** can reasonably demonstrate joint ownership of the **money, securities,** or **other property;**

   we will pay each **insured person** up to the applicable Limit of Insurance for **money, securities, or other property,** until the loss is satisfied, but under no circumstance will we pay:

    a) more than the adjusted value of the **money, securities,** or **other property;** or
    b) each **insured person** for the same **money, securities** or **other property,** or portion thereof.

7. We will not pay for loss for any occurrence of **fraud, embezzlement, or forgery** until the amount of loss exceeds the Fraud, Embezzlement, or Forgery Deductible shown in the schedule. A separate Fraud, Embezzlement, or Forgery Deductible will apply to each insured.

It is agreed and understood that **PART III - LIABILITY,** Exclusions, has been amended to include the following:

As respects FRAUD SAFEGUARD coverage provided by this endorsement:

This insurance does not provide coverage for liability, defense costs or any other cost or expense for:

1. Intentional Loss

   We do not cover any loss for any act committed at your or a **family member's** direction or with your or a **family member's** knowledge.

2. Dishonest Acts

   We do not cover any loss arising out of any dishonest or criminal act by you or a **family member**.

3. Confiscation

   We do not cover any loss caused by the confiscation, destruction, or seizure of property by any government or public entity or their authorized representative.

4. Computer Error

   We do not cover any loss resulting from an error in computer programming or error in instructions to a computer.

5. Business Or Professional Services

   We do not cover any loss arising out of a **business** or professional service engaged in by you or a **family member**.

6.  **Property Damage, Bodily Injury**, or **Personal Injury**.

    We do not cover any **bodily injury**, **property damage**, or **personal injury.**

7.  Financial Guarantees

    We do not cover any guarantee of the financial performance of any financial instrument or investment vehicle.

8.  Indirect Loss

    We do not cover any loss that is an indirect result of any **fraud guard event** including but not limited to:

    1.  Your or a **family member's** inability to realize income that you would have realized had there been no loss or damage to **money, securities,** or **other property**;

    2.  Payment of damages of any type for which you or a **family member** are legally liable;  or

    3.  Payment of costs, fees or other expenses you or a **family member** incur in establishing either the existence or the amount of loss under this endorsement other than those set forth under this endorsement.

9.  Legal Expenses

    Expenses related to any legal action, except as set forth in this endorsement related to a **stolen identity event.**

10. Games of Chance

    Any loss resulting from any game of chance.

11. Forgeries

    Any **forgery** that is electronic, digital, or mechanical.

12. Service Disputes

    Any loss arising out of any dispute or disagreement concerning the quality of goods or services unless the loss arises out of **fraud, embezzlement, or forgery**.

13. Not-for-Profit Organizations

    Any loss arising out of the giving of any contribution, donation, restricted gift, or payment of any kind to any not-for-profit organization.

14. Investment Loss Due to Corporate Fraud

    We do not cover any loss due to the change in value of **securities** issued by a business where loss results directly or indirectly from or alleges or involves in any manner whatsoever, **fraud, embezzlement or forgery** by the business including but not limited to its Directors or Officers, which issued the **securities**.

It is agreed and understood that **PART IV - CONDITIONS** has been amended to include the following:

A.  Your or a **Family Member's** Duties After a **Fraud Safeguard Event**

    In the event of a  **Fraud Safeguard Event** or loss you or a **family member** must:

    1.  Notify the police if a law may have been broken;

    2.  Provide us with a police report or a report that was submitted to the appropriate civil authorities;

    3.  Give us prompt notice of the loss;

    4.  Take action to avoid future loss, including securing any **residence**, safeguarding your or a **family member's** assets and ending your or a **family member's** business relationship with any one responsible for a **Fraud Safeguard Event**;

5. As soon as possible, give us a description of how, when, and where the loss occurred and a description of the loss, including a description of **money**, **securities**, and **other property**;

6. If requested, permit us to question you and **family members** under oath at such times as may be reasonably required, about any matter relating to this insurance or your or a **family member's** claim, including inspection of your or a **family member's** books and records. In such event, your or a **family member's** statement containing your or a **family member's** answers will be signed;

7. Send us a signed, sworn proof of loss or affidavit containing the information we request to investigate the claim. You or a **family member** will do this within thirty (30) days after our request. We will supply you or a **family member** with the necessary forms;

8. In the event of a credit card loss, in addition to all of the above, you or a **family member** will notify the credit card service company or the issuing bank immediately, but in no event no later than two (2) business days after discovery;

9. Upon discovery of an event of a loss involving an electronic fund transfer, in addition to all of the above, you or a **family member** will notify the service providers and financial institutions involved in the transfer immediately, but in no event no later than two (2) business days after discovery;

10. You or a **family member** must cooperate with us in investigating, evaluating and settling a claim and help us:

    a. Enforce any legal rights you, a **family member** or we may have against anyone who may be liable to you or a **family member**;

    b. Attend depositions, hearings and trials; and

    c. Secure and give evidence, and obtain the attendance of witnesses; and

11. We reserve the right to request any other reasonable document or action of you or a **family member**.

B. Valuation

1. Securities

   In the event of a loss of **securities**, we may elect to pay you or a **family member** the cost of replacing such **securities**, determined by the market value at the time of such settlement. We will not be liable for more than the actual cash value of the **securities** at the close of business on the business day preceding the day on which the loss was discovered. If our payment is not sufficient to indemnify you or a **family member** in full for the loss of **securities**, our liability is limited to the replacement of or the payment for such **securities** whichever is less, but in no event will the payment be more than the applicable Limit of Insurance.

2. Foreign Currency

   In the event of a loss of foreign currency, we will be liable for the United States dollar equivalent at the exchange rate published in the Wall Street Journal on the day of the discovery of the loss.

3. Other Property

   In event of loss of **other property**, we will not be liable for more than the actual cash value of the **other property** on the date of the discovery of the loss, or for more than the actual cost of repairing or of replacing such property with property or material of like quality and value.

# IMPORTANT NOTICE

## MANDATORY HURRICANE COVERAGE DEDUCTIBLE

As respects the following location:

6900 NW 87th Ave
Parkland, FL 33067

Your policy includes a separate deductible for losses due to the peril of hurricane. We will pay only that part of the total that exceeds the hurricane deductible stated in your Declarations Page. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by hurricane. The hurricane deductible will be applied on an annual basis to all hurricane losses that occur during the calendar year in any of the policies issued by us or an American International Group member company for the same insured location.

If your hurricane deductible is referenced as a percentage, then the dollar amount of your hurricane deductible is calculated by multiplying the specific percentage by the coverage limit for your **Homeowners** for this location listed in your Declarations Page.

For second and subsequent covered hurricane losses occurring in the same calendar year, the dollar amount of the hurricane deductible will be reduced by all hurricane deductible amounts applied toward prior covered hurricane losses during the same calendar year for the same insured location. The greater of the remaining hurricane deductible or the all other peril deductible will apply. The all other peril deductible will not be waived for a covered loss greater than $50,000.

If you have covered hurricane losses for this location in a calendar year under more than one policy issued by us or an American International Group member company, your hurricane deductible will be equal to the greatest dollar amount of any hurricane deductible in any one of the policies for this location.

You are required to report hurricane losses that are below the hurricane deductible in order to apply such hurricane losses to subsequent hurricane claims.

In the event there is a hurricane loss (or losses) during a calendar year and a lower hurricane deductible is then purchased under the new or renewal policy in the same calendar year, the lower hurricane deductible will not apply until January 1 of the following calendar year.

PCHO-HDNOT (06/05)

# HURRICANE PROTECTIVE DEVICES

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location

6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that for a premium credit, **Part IV.  CONDITIONS**  is amended to include the following:

**Hurricane Protective Devices**

You have indicated to us that your **residence**  is equipped with hurricane protective devices.   We acknowledge the necessity and benefit of storm shutters, plywood and other attachable coverings reported by you and used for protective purposes.

You agree to:
1. Maintain each storm shutter or other storm protective device in working order on all exterior glass and skylights of your **residence** ;
2. Close and secure all storm shutters or other storm protective devices beginning at the issuance of a hurricane watch or warning by the National Hurricane Center covering  the area where your **residence** is located and remain secure until  the National Hurricane Center discontinues the hurricane watch or warning;
3. Inform us promptly of the alteration, disablement, replacement, or removal of, or significant damage to, any storm shutter or other storm protective device; and
4. Inform us promptly of any alterations or additions to existing property owned by you or the construction of any new property owned by you at your **residence** .

If the storm  shutters, plywood and other attachable coverings which were represented  to us as being utilized for protective purposes are not maintained or applied properly, as stated above, in preparation for a hurricane loss, we reserve the right to discontinue the benefit of this endorsement, including any related premium credit or premium reduction.

Includes copyrighted materials from Insurance Services Office, Inc. with its permission.

PCHO-HPD (06/05)

## INCREASED ENSUING FUNGI OR BACTERIA COVERAGE

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):
6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that:

**PART II - PROPERTY C. Additional Coverages** Ensuing **Fungi** or Bacteria, is deleted and replaced with the following:

Ensuing **Fungi** or Bacteria

We will pay up to $50,000 in total for loss to your **house, contents** and **other permanent structures** caused by **fungi** or bacteria resulting from a covered loss, including:

1. The cost to remove, clean-up, remediate, contain, treat, detoxify, neutralize, **fungi** or bacteria;

2. The cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi** or bacteria;

3. The cost of testing or monitoring of air or property to confirm the absence, presence or level of **fungi** or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi** or bacteria; and

4. Up to $5,000 for the reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your **residence** is un-inhabitable. Payment will continue for the shortest period of time necessary to restore your **residence** to a habitable condition.

This is the most we will pay regardless of the number of occurrences, the number of locations insured, or the number of claims made. We will not make any additional payments for ensuing **fungi** or bacteria under any other Additional Coverage.

These payments do not increase the amount of coverage.

PCHO-IEF (12/05)

## SINKHOLE COVERAGE EXTENSION - FLORIDA

With respect to coverage provided by this endorsement, all provisions and conditions of the policy apply unless they are changed by this endorsement.

As respects the following location(s):
6900 NW 87th Ave
Parkland, FL 33067

It is agreed and understood that for the premium charged:

Part I - DEFINITIONS is amended to include the following definition:

**Sinkhole** means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by groundwater. A **sinkhole** may form by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

**Sinkhole Loss** means structural damage to the building, including the foundation, caused by **sinkhole damage. Contents** coverage shall apply only if there is structural damage to the building caused by **sinkhole damage.**

**Sinkhole Damage** means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Part II - PROPERTY, C. Additional Coverages is amended to include the following:

**Sinkhole Loss**

We will cover direct physical loss to your **house** or **other permanent structure(s)** or the **contents** of either arising out of **sinkhole damage.** This includes the costs incurred to stabilize the land and building as well as repair of the foundation.

We may provide a professional engineer or a professional geologist to conduct testing of the **sinkhole** to verify its existence. If a **sinkhole loss** is verified, we shall pay to stabilize the land and  building and repair the foundation in accordance with the recommendations of the engineer and, in consultation with the policyholder, subject to the coverage and terms of the policy.

**Neutral Evaluation**

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for stabilizing the land and building and foundation repairs, or if we deny your claim, either party may file a request with the Florida Department of Financial Services (the Department) for neutral evaluation in accordance with the rules established by the Department. In this event, you and

we shall mutually select a neutral evaluator from a list maintained by the Department. If you and we fail to agree to a neutral evaluator within 10 business days, the Department shall appoint a neutral evaluator. The neutral evaluation conference shall be held within 45 days after receipt of the request by the Department. The recommendation of the neutral evaluator will not be binding on you or us. We will pay the costs associated with the neutral evaluation. The Mediation and Appraisal conditions do not apply to disputed sinkhole claims.

**Legal Action Against Us**

No action shall be brought against us unless the **insured person** has complied with this policy's provisions, nor until final judgment or agreement has set the amount on the **insured person's** legal obligation with us. You also agree to bring any action against us within five (5) years after a loss occurs, except that the time for bringing any action against us is extended for a period of 60 days following the conclusion of the neutral evaluation process or 5 years, whichever is later. No one has the right to join us in any action against any **insured person.**

Part II. PROPERTY, D. Exclusions, Earth Movement is deleted and replaced with the following:

**Earth Movement**

We do not cover any loss to your **house** or **other permanent structures** caused by earth movement including volcanic eruptions, landslides, mudflows, and the sinking, rising, or shifting of land. We do insure ensuing covered loss due to theft, fire, glass breakage or explosion unless another exclusion applies. This exclusion does not apply to loss caused by **sinkhole damage.**