

**Christopher Backus**
AIG and AIG Property Casualty Co
(561) 398-3110 Telephone
(866) 858-9356 Facsimile
christopher.backus@aig.com

May 13, 2020

Mr. Tad Balzer
Northern Inc.
Public Adjusters and Appraisers
127 NW 13th Street, Suite 5
Boca Raton, Florida 33432

RE:
Our Insured:             Robert C Brown
Policy Number:           0002403912
Claim Number:            80116815
Date of Loss:            February 4, 2020
Loss Description:        A/C leak
Location:                6900 NW 87th Ave, Parkland, FL 33067
Underwriting Company:    AIG Property Casualty Company

Dear Mr. Balzer:

AIG Property Casualty Co. had received notice of the captioned claim which you report as having occurred or been discovered on February 4, 2020. The loss description as reported was A/C leak on second floor at the property. Thank you for meeting with me to inspect the property, along with DBI Construction. Thank you for forwarding the cause of loss documentation.

As discussed, we have received the attached damage estimate from DBI for the damage related to this loss. The DBI estimate is as follows:

Replacement Cost Value        $67,659.54

As discussed, the policy excludes wear and tear, deterioration, inherent vice, latent defect, faulty construction, etc. Therefore, any damage to the A/C system caused by those excluded causes of loss would not be covered. Ensuing damage caused by a sudden and accidental water leak from the A/C system would be covered. As discussed, claim is being presented for the ensuing water damage related to the leak, but there is no claim for the A/C repair.

This letter confirms that settlement payment has been issued on the subject claim in the amount of $67,659.54 and you will receive the check in approximately seven days. Because the amount of loss exceeds $50,000, our insured's per occurrence policy deductible ($5,000.00) is being

waived per the policy provisions, as discussed.  Please note that we are required to include the listed mortgagees on the payment.  Your firm is also included as a payee, as requested.

In the event of a water loss, the policy provides an additional coverage for Loss Prevention Device.   We have therefore made a referral to Water Security Solutions, LLC.  As discussed, they will contact you regarding possible preventative measures to avoid or reduce future A/C leak damages.  You may also have your contractor arrange for an approved Loss Prevention Device.  Your policy provides additional coverage up to $2,500 for the installation of an approved Loss Prevention Device if you decide to proceed with a Loss Prevention Device.

AIG Property Casualty Co. does not intend to, nor does it waive any term, condition, right, definition, exclusion, endorsement, limitation or defense under the policy or as provided by law.  All rights remain reserved under the policy for these and any other questions of coverage or damage that may arise during the investigation or handling.  Our insured's rights are also reserved under the policy.

I do hope you have been completely satisfied with the level of our claim service.  A Claim Satisfaction Survey may be sent to your attention at a later date.  Please take the time to complete the survey to let us know how our service met your expectations.

Should you be in possession of additional information which you feel has a bearing on our coverage or damage determination please forward it to my attention for additional consideration. If you have any questions or would like to discuss this claim further please do not hesitate to call me at 561-398-3110. You may also e-mail me at christopher.backus@aig.com.

Please let me know if you have any questions or concerns. Thank you for your cooperation.

Sincerely,

*Chris Backus*

Christopher Backus
National General Adjuster
AIG on behalf of AIG Property Casualty Co

Enclosures


cc:
Robert C Brown
6900 NW 87th Ave
Parkland, FL 33067


cc:
Affluent Ins Program (Boca)
500 W. Brown Deer Road
Suite 101
Milwaukee, WI 53217